| United States Bankruptcy Court<br>**DISTRICT OF KANSAS**<br>**WICHITA DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Complete Landscaping Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **48-0962145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**1727 E 2nd St**<br>**Wichita, KS**<br>ZIP CODE **67214** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Sedgwick** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1727 E 2nd St**<br>**Wichita, KS**<br>ZIP CODE **67214** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Complete Landscaping Systems Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                                                      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

    _____<br>
    (Name of landlord that obtained judgment)

    _____<br>
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): **Complete Landscaping Systems Inc** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ David P. Eron
_____
**David P. Eron**                                  Bar No. **23429**

**Eron Law, P.A.**
**229 E. William, Suite 100**
**Wichita, KS 67202**

Phone No.**(316) 262-5500**          Fax No.**(316) 262-5559**

9/30/2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Complete Landscaping Systems, Inc.**

**X** /s/ Laura Ackerman
_____
Signature of Authorized Individual

**Laura Ackerman**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**9/30/2013**
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.88.1, ID 1082833582)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   **Complete Landscaping Systems Inc**                    CASE NO

                                                                 CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is_____**48-0962145**_____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____**9/30/2013**_____.

    a. Total Assets                    **$1,464,151.61**

    b. Total Liabilities               **$6,148,773.89**

| Secured debt | Amounts | Approximate number of holders |
|---|---:|---:|
| Fixed, liquidated secured debt | **$661,333.61** | **5** |
| Contingent  secured debt | **$0.00** | **0** |
| Disputed secured debt | **$0.00** | **0** |
| Unliquidated secured debt | **$0.00** | **0** |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | **$3,156,638.22** | **413** |
| Contingent  unsecured debt | **$0.00** | **0** |
| Disputed unsecured debt | **$2,330,802.06** | **31** |
| Unliquidated unsecured debt | **$0.00** | **0** |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | **348000** | **2** |

*Comments, if any*

4.  Brief description of debtor's business:
    *Lawn and Grounds Maintenance and Care*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE: **Complete Landscaping Systems Inc**                    CASE NO

CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

*Laura Ackerman*

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, **Laura Ackerman** , the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **9/30/2013**                    Signature: **/s/ Laura Ackerman**

*Laura Ackerman*
**President**

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1717 E 2nd St N, Wichita, Kansas Lots 7-8-9 Second St Boulevard Addition, Wichita, Kansas | Fee Simple | | $105,490.00 | $548,761.58 |
| Land and Buildings - Wichita, Kansas Lots 14-15 Boulevard Addition, Wichita, Kansas | Fee Simple | | $24,610.00 | $270,931.48 |
| Land and Buildings - Wichita, Kansas Lots 16-17-18 Boulevard Addition, Wichita, Kansas | Fee Simple | | $34,900.00 | $246,321.48 |
| 1725 E 2nd Street N, Wichita, Kansas Lot 22 Second St Mosbacher's Addition, Wichita, Kansas | Fee Simple | | $102,160.00 | $443,271.58 |
| Land - Wichita, Kansas W 91 Ft of Lot 55 Exc St & W 91 Ft Lots 57-59 Kansas Ave Mosbacher's Addition, Wichita, Kansas | Fee Simple | | $13,800.00 | $341,111.58 |
| Land and Buildings - Wichita, Kansas W 91 Ft Lots 61-63-65 Penn now Kansas Ave Mosbacher's Addition, Wichita, Kansas | Fee Simple | | $19,730.00 | $211,421.48 |
| Land - Wichita, Kansas E 100 Ft Lot 61 & E 100 Ft S 12 1/2 Ft Lot 63 Penn now Kansas Ave Mosbacher's Addition, Wichita, Kansas | Fee Simple | | $8,700.00 | $327,311.58 |
| Land - Wichita, Kansas E 100 Ft N 12 1/2 Ft Lot 63 & E 100 Ft Lot 65 Penn now Kansas Ave Mosbacher's Addition, Wichita, Kansas | Fee Simple | | $7,600.00 | $318,611.58 |
| Land - Wichita, Kansas E 100 Ft Lot 55 Exc St & E 100 Ft Lots 57-59 Kansas Ave Mosbacher's Addition, Wichita, Kansas | Fee Simple | | $15,000.00 | $311,011.58 |
| Land - Wichita, Kansas N 100 Ft E 800 Ft W 908.67 Ft SW1/4Sec 28-26-1E, | Fee Simple | | $26,400.00 | $253,368.88 |

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                        (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Wichita, Kansas | | | | |
| | | **Total:** | **$358,390.00** | |

(Report also on Summary of Schedules)

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
| --- | --- | --- | --- | --- |
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Emprise Checking Account<br><br>Funds held by Rick Hodge and/or Yard Concerns (estimated) | | Unknown<br><br>$45,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole life policy on Laura Ackerman ($1,000,000 face amount) | | Unknown |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | A/R (not discounted for uncollectible accounts) | $468,207.10 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Bank of America Claim for Services ($4.9 million + punitive damages)<br><br>Darin Campbell non-compete violation | Unknown<br><br>Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Sunrise Design Logo Registered with Kansas Secretary of State | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached list | $0.00 |
| 26. Boats, motors, and accessories. | X | | |

In re  **Complete Landscaping Systems Inc**                    Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached lists (stated value is cost basis) | $572,554.51 |
| 30. Inventory. | | Seed, pesticide, fertilizer, hard state material, etc. | $20,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached        **Total  >**    **$1,105,761.61**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re **Complete Landscaping Systems Inc**                     Case No. _____
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Equity Bank**<br>**7701 E Kellogg Suite 100**<br>**Wichita KS 67207** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Finance Money**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br><br>VALUE: **$331,990.00** | | | | **$296,712.60** | |
| ACCT #:<br><br>**Hadden Landscaping Inc**<br>**2121 E Pecan Lane**<br>**Plano TX 75074** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lawsuit**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br>**Case # 2013-CV-000586-CO**<br><br>VALUE: **$358,390.00** | | | | **$181,274.65** | **$120,917.15** |
| **Representing:**<br>**Hadden Landscaping Inc** | | **Carl Davis**<br>**Davis and Jack LLC**<br>**2121 W Maple St**<br>**Wichita KS 67213** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Johnsons Garden Center Inc**<br>**2707 West 13th N**<br>**Wichita KS 67203-1806** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lawsuit**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br>**Case # 2013-CV-000878-CP**<br><br>VALUE: **$358,390.00** | | | | **$70,774.33** | **$70,774.33** |
| | | Subtotal (Total of this Page) > | | | | **$548,761.58** | **$191,691.48** |
| | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **Representing:** **Johnsons Garden Center Inc** | | **Rick Thompson** **Martin Pringle Oliver Wallace and Bauer** **100 N Broadway Suite 500** **Wichita KS 67202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **Rural Missouri Incorporated** **3324 Emerald Lane** **Jefferson City MO 65109** | X | DATE INCURRED: NATURE OF LIEN: **Operating Loan** COLLATERAL: **All equipment and A/R** REMARKS: <br><br> VALUE: **$1,040,761.61** | | | | **$111,252.13** | |
| ACCT #: **Sedgwick County Treasurer** **525 N Main** **Wichita KS 67203** | | DATE INCURRED: NATURE OF LIEN: **Fee Simple** COLLATERAL: **Land - Wichita, Kansas** REMARKS: <br><br> VALUE: **$26,400.00** | | | | **$1,319.90** | |
| | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$112,572.03** / **$0.00** |
| Total (Use only on last page) > | **$661,333.61** / **$191,691.48** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**13**_____continuation sheets attached

In re **Complete Landscaping Systems Inc**   Case No. _____
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Aaron M Luman** <br> **4830 N Glendale** <br> **Bel Aire KS 67220** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Dashawn A Williams** <br> **2431 N Hathway Circle** <br> **Wichita KS 67226** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Deonde R Crawford** <br> **1707 Millair** <br> **Wichita KS 67219** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Eduardo Galvan** <br> **424 N New York** <br> **Wichita KS 67214** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Ezequiel Chavez** <br> **629 S Greenwood** <br> **Wichita KS 67211** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Gregory D Cain** <br> **4225 S Handley** <br> **Wichita KS 67217** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**1**____ of ____**13**____ continuation sheets   **Subtotals (Totals of this page) >** | **$0.00** | **$0.00** | **$0.00**
attached to Schedule of Creditors Holding Priority Claims

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**     Case No. _____
                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Heriberto Valles** <br> **1844 N Burns St** <br> **Wichita KS 67203** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Holly Higgins** <br> **1839 S Parkwood Lane** <br> **Wichita KS 67218** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Jill M Reinert** <br> **249 N Pennsylvania** <br> **Wichita KS 67214** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Jorge Pagan De Jesus** <br> **400 W Central Apt 1612** <br> **Wichita KS 67203** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Jose A Hernandez** <br> **2569 Burns** <br> **Wichita KS 67204** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Joshua D Webster** <br> **1139 N Westview** <br> **Derby KS 67037** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**2**____ of ____**13**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotals (Totals of this page) >** | **$0.00** | **$0.00** | **$0.00** |

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

In re  **Complete Landscaping Systems Inc**                    Case No. _____

                                                                                                 (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Joshua T Kelley**<br>**6103 E Oxford**<br>**Wichita KS 67220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Juan B Delgado**<br>**2116 N Waco**<br>**Wichita KS 67203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Juan M Escamilla**<br>**1311 N Minnesota Ave**<br>**Wichita KS 67214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Kumi C Lane**<br>**2590 Eaton Road**<br>**University Heights OH 44118** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Kyle A Wenzel**<br>**425 S City View**<br>**Wichita KS 67235** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Laura Ackerman**<br>**11015 E 63rd S**<br>**Derby KS 67037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. _____**3**_____ of _____**13**_____ continuation sheets          **Subtotals (Totals of this page) >**          **$0.00**     **$0.00**     **$0.00**
attached to Schedule of Creditors Holding Priority Claims

                                                                    **Total >**
                                          **(Use only on last page of the completed Schedule E.**
                                          **Report also on the Summary of Schedules.)**

                                                                    **Totals >**
                                          **(Use only on last page of the completed Schedule E.**
                                          **If applicable, report also on the Statistical Summary**
                                          **of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**   Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Martin D Meraz** <br> **409 S Kessler** <br> **Wichita KS 67213** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Peter Salmeron** <br> **2401 Timbercreek** <br> **WICHITA KS 67204** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Raymond K Lawyer** <br> **137 N Sedgwick** <br> **Wichita KS 67203** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Tim A Bowersox** <br> **7487 River Country Drive** <br> **Weeki Wachee FL 34607** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Tirzo Garcia Ortega** <br> **1123 N Main** <br> **Wichita KS 67203** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: <br> **Uriel Garcia Gallegos** <br> **1852 N Porter** <br> **Wichita KS 67203** | | DATE INCURRED: <br> CONSIDERATION: <br> **Wages** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**4**____ of ____**13**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |

**Total >**
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

**Totals >**
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**          Case No. _____
                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**W JoAnn Boddie**<br>**8011 Blue Stream Lane**<br>**Indian Trail NC 28079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Wendy R Dyer**<br>**1457 S Goebel Cir**<br>**Wichita KS 67207** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**William A McMurry II**<br>**11015 E 63rd S**<br>**Derby KS 67037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**5**_____ of _____**13**_____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
|  | Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

In re  **Complete Landscaping Systems Inc**                     Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Arkansas Dept of Finance and Admin**<br>**1509 West 7th Street**<br>**Little Rock AR 72201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Arkansas Dept of Workforce Svcs**<br>**2 Capitol Mall**<br>**Little Rock AR 72201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **12110021-SLS**<br>**Arkansas Sales Tax**<br>**Dept of Finance and Administration**<br>**PO Box 3861**<br>**Little Rock AR 72203-3628** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**California Payroll and Unemployment**<br>**PO Box 826880**<br>**Sacramento CA 94280-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**California Sales Tax**<br>**State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento CA 94279-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| ACCT #:<br>**California State Income Tax**<br>**Franchise Tax Board**<br>**PO Box 942840**<br>**Sacramento CA 94240-0040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**6**____ of ____**13**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | Total > **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | | | |
|  | Totals > **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | | |

In re **Complete Landscaping Systems Inc**    Case No. _____
                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Florida Sales Payroll and Reemployment**<br>**5050 W Tennessee Street**<br>**Tallahassee FL 32399-0100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Georgia Department of Labor**<br>**148 Andrew Young Intl Blvd NE**<br>**Atlanta GA 30303** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Georgia Dept of Revenue Headquarters**<br>**1800 Century Center Blvd NE**<br>**Atlanta GA 30345** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Illinois Department of Revenue**<br>**BK Unit Level 7 425**<br>**100 Randolph St**<br>**Chicago IL 60601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **xxx3094**<br>**Illinois Dept of Employment Security**<br>**Bankruptcy Section**<br>**401 S State Street 4th Floor**<br>**Chicago IL 60605** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Indiana Department of Revenue**<br>**Bankruptcy Section  MS 108**<br>**100 N Senate Ave N240**<br>**Indianapolis IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. _____**7**_____ of _____**13**_____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | |
| Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | |

In re **Complete Landscaping Systems Inc**        Case No. _____
                                                                (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Indiana Dept of Workforce Development**<br>**Indiana Government Center South**<br>**10 North Senate Avenue**<br>**Indianapolis IN 46204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **48-0962145**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia PA  19101-7346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>**940 2012 ($2,667.74)**<br>**941 1 Q 2013 $104,800 (Estimate)**<br>**941 2 Q 2012 $233,301.83** | | | X | **$954,270.27** | **$874,828.26** | **$79,442.01** |
| | | **941 1 Q 2012 $107,042.78**<br>**941 4 Q 2011 $164,877.12**<br>**941 3 Q 2011 $268,670.75**<br>**941 2 Q 2011 $78,245.53** | | | | | | |
| ACCT #:<br>**Iowa Department of Revenue**<br>**Bankruptcy Department**<br>**PO Box 10471**<br>**Des Moines IA 50306-0471** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **2-00-157933**<br>**Iowa Sales Tax**<br>**Sales and Use Tax Processing**<br>**Iowa Dept of Revenue**<br>**PO Box 10412**<br>**Des Moines IA 50306-0469** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$30,078.86** | **$0.00** | **$30,078.86** |
| ACCT #:<br>**Iowa Workforce Development**<br>**Unemployment Insurance**<br>**1000 East Grand Avenue**<br>**Des Moines IA 50319-0209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____8____ of ____13____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$984,349.13** | **$874,828.26** | **$109,520.87** |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | |

In re **Complete Landscaping Systems Inc**    Case No. _____
                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #: **190688 3**<br>**Kansas Department of Labor**<br>**Attn Legal Services**<br>**401 SW Topeka Blvd**<br>**Topeka KS 66603-1290** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Kansas Department of Revenue**<br>**Civil Tax Enforcement**<br>**PO Box 12005**<br>**915 SW Harrison**<br>**Topeka KS 66612-2005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Sales Tax: $192,000**<br>**Sales Tax Penalty: $10,560**<br>**Sales Tax Interest to 8/25/2013:** | | | X | **$335,368.73** | **$305,400.00** | **$29,968.73** |
| | | **$3,613.73**<br>**Withholding Tax: $113,400**<br>**Withholding Penalty: $15,795** | | | | | | |
| ACCT #:<br>**Michigan Department of Treasury**<br>**Attn Bankruptcy**<br>**Lansing MI 48922** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **1588314**<br>**Michigan Department of Unemployment**<br>**Attn Bankruptcy**<br>**3024 W Grand Blvd Suite 11 500**<br>**Detroit MI 48202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Minnesota Department of Revenue**<br>**600 North Robert St**<br>**Saint Paul MN 55101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**9**____ of ____**13**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$335,368.73** | **$305,400.00** | **$29,968.73** |
| --- | --- | --- | --- | --- |
| | Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

In re **Complete Landscaping Systems Inc**  Case No. _____
                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Minnesota Unemployment Insurance Prog 1st National Bank Building 332 Minnesota Street Suite E200 Saint Paul MN 55101-1351** | | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **Missouri Department of Revenue Harry S Truman State Office Bldg 301 West High Street Jefferson City MO 65101** | | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **Missouri DES Central Office PO Box 59 Jefferson City MO 65104-0059** | | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **Nebraska Dept of Labor Unemployment Insurance PO Box 94600 Lincoln NE 68509-4600** | | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **Nebraska Dept of Revenue Nebraska State Office Bldg 301 Centennial Mall South Lincoln NE 68509-4818** | | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **New Jersey Dept of Labor and Wkfc Dev PO Box 110 Trenton NJ 08625-0110** | | DATE INCURRED: CONSIDERATION: **Taxes** REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**10**____ of ____**13**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
|  | Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re **Complete Landscaping Systems Inc**     Case No. _____

                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**New Jersey Dept of the Treasury Division of Taxation PO Box 269 Trenton NJ 08695-0269** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**New Jersey Dept of the Treasury Division of Revenue PO Box 628 Trenton NJ 08646-0628** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**New York State Dept of Labor Building 12 WA Harriman Campus Albany NY 12240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**New York State Dept of Taxation Bankruptcy Section PO Box 5300 Albany NY 12205-0300** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**North Carolina Dept of Revenue PO Box 25000 Raleigh NC 27640-0640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**North Carolina DES PO Box 25903 Raleigh NC 27611-5903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____11____ of ____13____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**  Case No. _____
    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ohio Department of Taxation**<br>**Attn Bankruptcy**<br>**4485 Northland Ridge Blvd**<br>**Columbus OH 43229** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Ohio Unemployment**<br>**Ohio Dept of Job and Family Svcs**<br>**30 E Broad Street 32nd Floor**<br>**Columbus OH 43215** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Oklahoma Corporate Income Tax**<br>**Oklahoma Tax Commission**<br>**PO Box 26800**<br>**Oklahoma City OK 73126-0800** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Oklahoma Sales Tax**<br>**Oklahoma Tax Commission**<br>**PO Box 26850**<br>**Oklahoma City OK 73126-0850** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Oklahoma Withholding Tax**<br>**Oklahoma Tax Commission**<br>**PO Box 26860**<br>**Oklahoma City OK 73126-0860** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**South Carolina Dept of Employment**<br>**PO Box 995**<br>**Columbia SC 29202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**12**____ of ____**13**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  **$0.00**  **$0.00**  **$0.00**

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**    Case No. _____
                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**South Carolina Dept of Revenue**<br>**PO Box 125**<br>**Columbia SC 29214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**State of New Jersey**<br>**Division of Taxation**<br>**Revenue Processing Center**<br>**PO Box 666**<br>**Trenton NJ 08646** | | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Texas Comptroller of Public Accounts**<br>**PO Box 13528 Capitol Station**<br>**Austin TX 78711-3528** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **13-354934-0**<br>**Texas Workforce Commission**<br>**Unemployment Tax Office**<br>**PO Box 149037**<br>**Austin TX 78714-9037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Virginia Employment Commission**<br>**PO Box 1358**<br>**Richmond VA 23218-1358** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **30-480962145-F001**<br>**Virginia Withholding Tax**<br>**Virginia Dept of Taxation**<br>**Office of Customer Services**<br>**PO Box 1115**<br>**Richmond VA 23218-1115** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ___13___ of ___13___ continuation sheets        Subtotals (Totals of this page) >    **$0.00**    **$0.00**    **$0.00**
attached to Schedule of Creditors Holding Priority Claims

Total >    **$1,319,717.86**

**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

Totals >    **$1,180,228.26**    **$139,489.60**

**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

In re   **Complete Landscaping Systems Inc**                     Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**4T Total Lawn Inc**<br>**10960 Elcher Drive**<br>**Lenexa KS 66219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,491.57 |
| ACCT #:<br>**A and T Lawn Care**<br>**6479 Corina Curve**<br>**Machesney Park IL 61103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,521.06 |
| ACCT #:<br>**A Better Lawn and Snow LLC**<br>**1617 West 14th**<br>**Sioux City IA 51103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $814.15 |
| ACCT #:<br>**A Team Lawn and Snow**<br>**10345 Valley Creek Dr**<br>**Goodrich MI 48438** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,069.26 |
| ACCT #:<br>**A to Z Dirt Construction**<br>**PO Box 95**<br>**Copeland KS 67837** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,322.00 |
| ACCT #:<br>**ABC Home and Commercial Services**<br>**9475 E Highway 290**<br>**Austin TX 78724** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Travis County TX County Court at Law No 1** | | | X | $23,859.40 |

|  | Subtotal > | $31,077.44 |
|---|---|---|

_____**61**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Absolute Landscapes**<br>**5803 Pierce Manse**<br>**Benton AR 72019** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $10,216.92 |
| ACCT #:<br>**Acme Landscape Management**<br>**PO Box 3132**<br>**Kingsport TN 37664** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,499.98 |
| ACCT #:<br>**Acme Waste Systems LLC**<br>**1402 S Auburn Hills**<br>**Wichita KS 67235** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $832.52 |
| ACCT #:<br>**Action Business Forms**<br>**3202 W 13th St North**<br>**Wichita KS 67203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $386.28 |
| ACCT #:   **xxxxxxxxx8155**<br>**ADT Security**<br>**Attn Bankruptcy**<br>**PO Box 371956**<br>**Pittsburgh PA 15250-7956** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $549.85 |
| ACCT #:<br>**Aerations Plus Inc**<br>**3035 Lower Hill Road**<br>**Powhatan VA 23139** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $72,846.12 |

Sheet no. _____1_____ of _____61_____ continuation sheets attached to          **Subtotal >**          **$87,331.67**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Complete Landscaping Systems Inc**                     Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Agape Outdoor Solutions**<br>**PO Box 954**<br>**Argyle TX 76226** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$389.70** |
| ACCT #:   **COMPLE**<br>**Agrium Advanced Technologies Inc**<br>**Attn Bankruptcy**<br>**PO Box 532076**<br>**Atlanta GA 30353-2076** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-LM-012119-CS** | | | X | **$21,636.21** |
| **Representing:**<br>**Agrium Advanced Technologies Inc** | | **Todd Butler**<br>**Butler and Associates PA**<br>**3706 S Topeka Blvd Suite 300**<br>**Topeka KS 66609** | | | | **Notice Only** |
| ACCT #:<br>**Airgas Mid South Inc**<br>**Attn Bankruptcy**<br>**PO Box 676015**<br>**Dallas TX 75267-6015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$199.30** |
| ACCT #:<br>**All Around Landscaping Inc**<br>**PO Box 8290**<br>**Springdale AR 72766** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$10,064.75** |
| ACCT #:<br>**All Green Lawncare**<br>**301 Hammond Dr Suite E4**<br>**Hot Springs AR 71913** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | X | **$10,551.60** |

Sheet no. _____**2**_____ of _____**61**_____ continuation sheets attached to       **Subtotal >**       **$42,841.56**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**      Case No. _____
                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Allied Insurance** <br> **Attn Bankruptcy** <br> **PO Box 10479** <br> **Des Moines IA 50306-0479** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $313.00 |
| ACCT #: <br> **Altered Grounds Outdoor Services LLC** <br> **4937 Redwood Ln** <br> **Granite City IL 62040** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $4,046.98 |
| ACCT #: <br> **American Lawn and Landscape Inc** <br> **101 West 29th Suite G333** <br> **Pittsburg KS 66762** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,159.61 |
| ACCT #: <br> **AmeriGreen LLC** <br> **1760 Renaissance Drive** <br> **Niles MI 49120** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $8,460.04 |
| ACCT #: <br> **Angels Landscape Contractors Inc** <br> **PO Box 638** <br> **Garfield NJ 07026** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit** <br> REMARKS: <br> **Case # BER-L-64-13 (Bergen County NJ)** | | | X | $41,129.70 |
| **Representing:** <br> **Angels Landscape Contractors Inc** | | **Sammarro and Zalarick PA** <br> **PO Box 769** <br> **Garfield NJ 07026** | | | | **Notice Only** |

Sheet no. ____3____ of ____61____ continuation sheets attached to                **Subtotal >**      **$55,109.33**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Total >**
     **(Use only on last page of the completed Schedule F.)**
     **(Report also on Summary of Schedules and, if applicable, on the**
     **Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Complete Landscaping Systems Inc**          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Arends Landscape**<br>**109 Beach Drive**<br>**Clear Lake IA 50428** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,879.11 |
| ACCT #:<br>**Ariba Inc PNC Bank**<br>**Attn Bankruptcy**<br>**PO Box 642962**<br>**Pittsburgh PA 15264-2962** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $28,744.00 |
| ACCT #:<br>**Arnetts Landscaping and Garden Ctr**<br>**67297 US 131**<br>**Constantine MI 49042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,878.76 |
| ACCT #:<br>**AT&T Advertising**<br>**Attn Bankruptcy**<br>**PO Box 5010**<br>**Carol Stream IL 60197-5010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,369.46 |
| ACCT #:<br>**AT&T Claims**<br>**Attn Bankruptcy**<br>**909 Chestnum St Room 39 N 13**<br>**Saint Louis MO 63101-3099** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $412.09 |
| ACCT #:<br>**Aurelian Landscape and Mgmt Services**<br>**11726 Greenada Drive**<br>**Jacksonville FL 32258** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $38,344.73 |

Sheet no. ___4___ of ___61___ continuation sheets attached to                              **Subtotal >**        **$74,628.15**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**     Case No. _____
                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Austin Distributing and Mfg Corp**<br>**Attn Bankruptcy**<br>**PO Box 7890**<br>**Amarillo TX 79114-7890** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $206.53 |
| ACCT #:<br>**Austins Lawn Care and Landscaping**<br>**9150 Jump Circle**<br>**Mechanicsville VA 23116** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $38,716.97 |
| ACCT #:<br>**Award Lawns**<br>**PO Box 6831**<br>**Bryan TX 77805** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $20,267.66 |
| ACCT #:<br>**Aynes Enterprises**<br>**2050 Cedar Oaks Trail**<br>**Edmond OK 73034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,467.00 |
| ACCT #:<br>**B and B Precision Mowing**<br>**2210 Belchery Court Dr**<br>**Clearwater FL 33764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $21,808.00 |
| ACCT #:<br>**B and C Sump Grinding**<br>**9879 42nd**<br>**Rock KS 67131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $50.00 |

Sheet no. ___5___ of ___61___ continuation sheets attached to          **Subtotal >**     **$84,516.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Badger Lawn Care LLC**<br>**66842 Oakridge**<br>**Lawton MI 49065** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $6,118.26 |
| ACCT #:<br>**Bank of America**<br>**PO Box 982234**<br>**El Paso TX 79998-2234** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $849.26 |
| **Representing:**<br>**Bank of America** | | **Bank of America**<br>**PO Box 15019**<br>**Wilmington DE 19850-5019** | | | | **Notice Only** |
| **Representing:**<br>**Bank of America** | | **Convergent Outsourcing**<br>**Attn Bankruptcy**<br>**PO Box 9004**<br>**Renton WA 98057** | | | | **Notice Only** |
| ACCT #:<br>**Bankers Bank of Kansas**<br>**555 N Woodlawn Blvd**<br>**Wichita KS 67208** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-CV-002332-CP** | | | X | $26,630.00 |
| **Representing:**<br>**Bankers Bank of Kansas** | | **Kathlyn Wilson**<br>**Minter and Pollak**<br>**545 N Woodlawn**<br>**Wichita KS 67208** | | | | **Notice Only** |

Sheet no. ___6___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$33,597.52**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Barrios Landscaping**<br>**1309 W Sprague**<br>**McAllen TX 78504** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,574.55 |
| ACCT #:<br>**Bellas Lawn and Landscape**<br>**4621 West Bancroft**<br>**Toledo OH 43615** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $34,792.66 |
| ACCT #:<br>**Better Business Bureau of KS Inc**<br>**345 N Riverview St Suite 720**<br>**Wichita KS 67203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $437.50 |
| ACCT #:<br>**Big Tex Tree and Lawn Service**<br>**15678 CR 46**<br>**Tyler TX 75704** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $11,030.00 |
| ACCT #: **COM450**<br>**Bills American Muffler**<br>**3303 S Seneca**<br>**Wichita KS 67217-3350** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $572.61 |
| ACCT #:<br>**Bingham Lawn and Snow**<br>**34805 Ash Street**<br>**Wayne MI 48184** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $39,681.96 |

Sheet no. ___7___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $88,089.28

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**  Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BKD**<br>**1551 N Waterfront Pkwy Suite 300**<br>**Wichita KS 67206** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $7,918.14 |
| ACCT #:<br>**Blade Runners Inc**<br>**3150 Spring St**<br>**Fairfax VA 22031** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $36,186.60 |
| ACCT #:<br>**Blades Lawn Service**<br>**PO Box 53**<br>**Mc Gaheysville VA 22840** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $26,891.37 |
| ACCT #:<br>**Bluegrass Lawn and Landscape Inc**<br>**781 Hull Road**<br>**Mason MI 48854** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 12-1342-CK (Ingham County Michigan)** | | | X | $27,696.87 |
| **Representing:**<br>**Bluegrass Lawn and Landscape Inc** | | **David R Russell**<br>**Foster Swift Collins and Smith PC**<br>**313 South Washington Square**<br>**Lansing MI 48933** | | | | **Notice Only** |
| ACCT #:<br>**Bluegrass Lawncare of St Louis LLC**<br>**13852 Ferguson Lane**<br>**Bridgeton MO 63044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $53,295.41 |

Sheet no. ____8____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $151,988.39

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**                 Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Boesen the Florist LLC**<br>**3422 Beaver Avenue**<br>**Des Moines IA 50310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $493.55 |
| ACCT #:<br>**Boulder Landscape Const Inc**<br>**PO Box 656**<br>**Schoolcraft MI 49087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,378.77 |
| ACCT #:<br>**Brandon A Skinner**<br>**1250 Eastgate Dr**<br>**Kendallville IN 46755** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,492.70 |
| ACCT #:<br>**Brandon C Hubbard**<br>**Dickinson Wright PLLC**<br>**215 S Washington Square Suite 200**<br>**Lansing MI 48933-1816** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**BREC Lawn Services**<br>**10345 Valley Creek Drive**<br>**Goodrich MI 48438** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,370.94 |
| ACCT #:<br>**Briens Services Inc**<br>**815 North Union**<br>**Milford MI 48381** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $8,806.41 |

Sheet no. ____9____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$14,542.37**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Complete Landscaping Systems Inc**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Brooks Landscape LLC** <br> **1225 N Walnut** <br> **McPherson KS 67460** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $3,992.06 |
| ACCT #: <br> **Bryan Snells Lawn Service** <br> **2079 Tall Tree Ln** <br> **Springdale AR 72762** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,080.00 |
| ACCT #: <br> **Burke and Collins Prev Maint** <br> **123 Princeton Rd** <br> **Audubon NJ 08106** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $7,951.93 |
| ACCT #: <br> **Buscher Lawn Care** <br> **1427 E Lucas St** <br> **Algona IA 50511** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $529.65 |
| ACCT #: <br> **C and N Home Maint and Repair** <br> **179 2951 Ln** <br> **Niotaze KS 67355** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,616.46 |
| ACCT #: <br> **Cannon Lawns Service** <br> **9460 FM 1002** <br> **Big Sandy TX 75755** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $449.20 |

Sheet no. ____10____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >        **$15,619.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**                    Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **99133**<br>**Capital Guardian Trust Co**<br>**Attn Bankruptcy**<br>**PO Box 6007**<br>**Indianapolis IN 46206** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$13,437.50** |
| ACCT #:<br>**Capital Landscape Contractors Inc**<br>**PO Box 110-198**<br>**Nutley NJ 07110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$250.00** |
| ACCT #:<br>**Carol King Landscape Maintenance**<br>**7032 Old Cheney Highway**<br>**Orlando FL 32807** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2012-CA-019469-O (Orange County, Florida)** | | | X | **$33,837.04** |
| **Representing:**<br>**Carol King Landscape Maintenance** | | **James M Talley**<br>**Fisher Rushmer Werrenrath et al**<br>**PO Box 712**<br>**Orlando FL 32802-0712** | | | | **Notice Only** |
| ACCT #:<br>**Cartridge King of Kansas**<br>**2109 Industrial Dr**<br>**McPherson KS 67460** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$84.77** |
| ACCT #:<br>**Central Ag Wheel and Tire**<br>**4106 Esthner**<br>**Wichita KS 67209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$349.79** |

Sheet no. ____11____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >        **$47,959.10**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Central Arkansas Landscapes LLC** <br> **204 Lonsdale Circle** <br> **Jacksonville AR 72076** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $5,160.00 |
| ACCT #: <br> **Central Iowa Striping** <br> **7131 NW 6th Drive** <br> **Ankeny IA 50023** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $106.00 |
| ACCT #: <br> **Chads Landscaping Inc** <br> **1277 S Hospital Rd** <br> **Waterford MI 48327** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit** <br> REMARKS: <br> **Case # 2013-CV-1137-CO** | | | X | $88,440.64 |
| **Representing:** <br> **Chads Landscaping Inc** | | **Jeffrey Leonard and Sam Ritchie** <br> **Triplett Woolf and Garretson LLC** <br> **2959 North Rock Road Suite 300** <br> **Wichita KS 67226** | | | | **Notice Only** |
| ACCT #: <br> **Chicago Service Group Inc** <br> **2500 West 36th St** <br> **Chicago IL 60632** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $35,186.21 |
| ACCT #: <br> **Cirus Water and Roaster Joes** <br> **4430 W 29th Circle South** <br> **Wichita KS 67215** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $354.59 |

Sheet no. ____12____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $129,247.44

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**                           Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City Blue Print Inc**<br>**PO Box 544**<br>**Wichita KS 67201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $388.34 |
| ACCT #:<br>**City of Bel Aire Kansas**<br>**Kansas Dept of Community Development**<br>**7651 E Central Park Ave**<br>**Wichita KS 67226-7600** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $723.33 |
| ACCT #:<br>**City of Wichita Public Works**<br>**Attn Bankruptcy**<br>**455 North Main Street**<br>**Wichita KS 67202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $374.71 |
| ACCT #:<br>**CJs Lawn Service**<br>**2504 Liberty Hall Rd**<br>**Junction City KS 66441** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,258.23 |
| ACCT #:<br>**Clean Cut Lawncare**<br>**1325 Missourie Avenue**<br>**Joplin MO 64801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $588.00 |
| ACCT #:<br>**Clear Channel Outdoor Inc**<br>**3405 N Hydraulic**<br>**Wichita KS 67219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,000.00 |

Sheet no. ____13____ of ____61____ continuation sheets attached to                                    **Subtotal >**        **$5,332.61**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Colonial Hills Landscaping Inc**<br>**3365 North Fincher Lane**<br>**Fayetteville AR 72703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$48.00** |
| ACCT #:<br>**Commercial Landscape**<br>**PO Box 25034**<br>**Lansing MI 48909** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 13-00261GC (54A Judicial District Michigan)** | | | X | **$24,006.21** |
| **Representing:**<br>**Commercial Landscape** | | **Candace L Wilson**<br>**1801 E Saginaw St Suite F**<br>**Lansing MI 48912** | | | | **Notice Only** |
| ACCT #:  **xxx-xx1-483**<br>**Conoco**<br>**Attn Bankruptcy**<br>**PO Box 688931**<br>**Des Moines IA 50368-8931** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$8,183.31** |
| ACCT #:<br>**Cornejo Materials LLC**<br>**PO Box 16204**<br>**Wichita KS 67216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$4,262.96** |
| **Representing:**<br>**Cornejo Materials LLC** | | **Morgan B Koon**<br>**Koon Law Firm LLC**<br>**832 N Webb Road Suite 300**<br>**Wichita KS 67206** | | | | **Notice Only** |

Sheet no. ____**14**____ of ____**61**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal >     **$36,500.48**

                                                    Total >
          (Use only on last page of the completed Schedule F.)
     (Report also on Summary of Schedules and, if applicable, on the
          Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**                Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx-xxxx-xxxxx1401<br>**Cox Communications**<br>**Attn Bankruptcy**<br>**PO Box 248871**<br>**Oklahoma City OK 73124-8871** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $240.28 |
| ACCT #:<br>**Cranmer Grass Farm Inc**<br>**6121 N 119th Street**<br>**Maize KS 67101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $20,726.48 |
| ACCT #:<br>**Cremers Lawn and Landscape Service Inc**<br>**10 Kimball Rd**<br>**Ponca City OK 74604** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $307.05 |
| ACCT #:<br>**Crown Inc**<br>**2820 A Ave E**<br>**Spencer IA 51301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $274.79 |
| ACCT #:<br>**Cullers Lawn Care**<br>**900 West Fort Scott St**<br>**Butler MO 64730** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,612.79 |
| ACCT #:<br>**Custom Landscape Contractors**<br>**2411 US Rt 22 SW**<br>**Washington Court House OH 43160** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,231.72 |

Sheet no. ____15_____ of _____61_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          $26,393.11

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Custom Landscape Contractors** | | Rick Thompson **Martin Pringle Oliver Wallace and Bauer** **100 N Broadway Suite 500** **Wichita KS 67202** | | | | **Notice Only** |
| ACCT #: **Custom Lawn and Landscape Inc** **15204 S Keeler Street** **Olathe KS 66062-2715** | | DATE INCURRED: CONSIDERATION: **Lawsuit** REMARKS: **Case # 13LA02989 (Johnson Cty Kansas)** | | | X | **$15,924.48** |
| **Representing:** **Custom Lawn and Landscape Inc** | | Keith Shuttleworth Law Firm **9260 Glenwood St** **Overland Park KS 66212** | | | | **Notice Only** |
| ACCT #: **Custom Lawn Care** **8201 Prairie View Rd** **Harrison AR 72601** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$385.00** |
| ACCT #: **Custom Water Garden and Landscaping** **PO Box 224** **Manhattan KS 66505** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$1,157.00** |
| ACCT #: **Cut N Vac** **4271 Roberts Avenue** **Bethlehem PA 18015** | | DATE INCURRED: CONSIDERATION: **Lawsuit** REMARKS: **County of Northampton, Pennsylvania** | | | X | **$8,426.34** |

Sheet no. ____16____ of ____61____ continuation sheets attached to          Subtotal >          **$25,892.82**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**          Case No. _____

                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**D and D Professional Mowing**<br>**17165 N Crownview Dr**<br>**Centralia MO 65240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $18,380.68 |
| ACCT #:<br>**D Cameron Beck and Melissa York**<br>**Morris and Morris PC**<br>**PO Box 30**<br>**Richmond VA 23218** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Dach Fence Co**<br>**4901 Business 20 W**<br>**Rockford IL 61102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,397.23 |
| ACCT #:<br>**Daniels Lawn Service Inc**<br>**PO Box 2273**<br>**Rolla MO 65402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,073.00 |
| ACCT #:<br>**Darin Campbell and LLI Inc**<br>**8122 Mystic Lakes South**<br>**Maize KS 67101** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Sale Dispute**<br>REMARKS:<br>**Case # 2012-CV-003789-CO** | | | X | Unknown |
| **Representing:**<br>**Darin Campbell and LLI Inc** | | **Calvin D Rider or Brooks Severson**<br>**Fleeson Gooing Coulson Kitch LLC**<br>**1900 Epic Center**<br>**301 N Main**<br>**Wichita KS 67202** | | | | Notice Only |

Sheet no. ___**17**___ of ___**61**___ continuation sheets attached to          **Subtotal >**          **$20,850.91**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              **Total >**
                    (Use only on last page of the completed Schedule F.)
                 (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**                      Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Darin Campbell and LLI Inc** | | **Shane Simmons** **712 Hila** **Derby KS 67037** | | | | **Notice Only** |
| ACCT #: **Daves Concrete Products Inc** **79811 M40** **Lawton MI 49065-9355** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$3,607.06** |
| ACCT #: **Daves Lawn Care Inc** **PO Box 283** **Chatham NJ 07928** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$8,474.39** |
| ACCT #: **Designwise Landscaping** **6600 S 119th St West** **Clearwater KS 67026** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$380.00** |
| ACCT #: **Discover Merchant Services** **PO Box 30943** **Salt Lake City UT 84130-0943** | | DATE INCURRED: CONSIDERATION: **Merchant Services** REMARKS: | | | | **$0.00** |
| **Representing:** **Discover Merchant Services** | | **Discover Network** **2500 Lake Cook Road** **Riverwoods IL 60015** | | | | **Notice Only** |

Sheet no. ____18____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$12,461.45**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**     Case No. _____
                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Donnies Lawn Care**<br>**100 Lady Elaine St**<br>**Lagrange GA 30241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $7,160.32 |
| **Representing:**<br>**Donnies Lawn Care** | | **Benjamin and William Credit Investigator**<br>**5485 Expressway Drive North**<br>**Hotsville NY 11742** | | | | **Notice Only** |
| ACCT #:<br>**Double J Lawn and Landscape**<br>**1619 W Spring Creek Pkwy**<br>**Plano TX 75023** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $524.75 |
| ACCT #:<br>**Down to Earth Cedar Products Inc**<br>**13213 Red Arrow Hwy**<br>**Sawyer MI 49125** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,831.38 |
| ACCT #:<br>**DRM Maintenance and Management**<br>**PO Box 101**<br>**Dundee MI 48131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $7,854.85 |
| ACCT #:<br>**DRS Lawn and Landscape LLC**<br>**PO Box 528**<br>**Long Valley NJ 07853** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Morris County, New Jersey** | | | X | $82,659.76 |

Sheet no. ___19___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$101,031.06**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**        Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Eastern Shore Landscape Mgmt Inc** <br> **PO Box 550** <br> **Belle Haven VA 23306** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $2,258.75 |
| ACCT #: <br> **Elite Lawn Services** <br> **304 E Maple St** <br> **Archie MO 64725** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $10,335.72 |
| ACCT #: <br> **Enviro Care** <br> **PO Box 8174** <br> **Tyler TX 75711** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,062.09 |
| ACCT #: <br> **Evans Trucking** <br> **Attn Michael Evans** <br> **47796 Hwy 154** <br> **Vandalia MO 63382** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $785.36 |
| ACCT #: <br> **Evergreen Recycle LLC** <br> **American Business Finance LLC** <br> **Attn Bankruptcy** <br> **PO Box 268957** <br> **Oklahoma City OK 73126-8957** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $7,520.66 |
| ACCT #: <br> **F and F Snow Removal** <br> **2086 Highland Ave** <br> **Salina KS 67401** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,040.00 |

Sheet no. ____20____ of ____61____ continuation sheets attached to          **Subtotal >**          **$23,002.58**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            **Total >**
                        **(Use only on last page of the completed Schedule F.)**
                **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**   Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Falcons Tractor Works**<br>**701 S Hwy 77**<br>**Newkirk OK 74647** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $463.00 |
| ACCT #:  **xxxx-x920-4**<br>**Fedex**<br>**Attn Bankruptcy**<br>**PO Box 94515**<br>**Palatine IL 60094-4515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $351.77 |
| ACCT #:<br>**Fernando Cruzado**<br>**7801 East Oakmount**<br>**Wichita KS 67226** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-CV-002733-CP** | | | | $80,000.00 |
| **Representing:**<br>**Fernando Cruzado** | | **Kenneth M Clark PA**<br>**301 W Central**<br>**Wichita KS 67202** | | | | **Notice Only** |
| ACCT #:  **xxxxx-xxxx-xxx8760**<br>**First Insurance Funding Corp**<br>**Attn Bankruptcy**<br>**PO Box 66468**<br>**Chicago IL 60666-0468** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $717.74 |
| ACCT #:<br>**Five Star Landscape and Irrigation**<br>**2200 N FM 157**<br>**Venus TX 76084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,050.00 |

Sheet no. ____21____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$83,582.51**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**      Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Fountain Lawn Care**<br>**314 Hilltop Drive**<br>**Midway FL 32343** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,089.42 |
| ACCT #:<br>**Fox Lawn and Landscaping**<br>**2086 Highland Ave**<br>**Salina KS 67401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,828.97 |
| ACCT #:<br>**Franks C Green Landscapes**<br>**76 Church Street**<br>**Allentown NJ 08501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $8,085.63 |
| ACCT #:<br>**Fullers Lawn Service**<br>**4109 CR 2206**<br>**Greenville TX 75402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,432.02 |
| ACCT #:<br>**Galway Group Inc**<br>**PO Box 431**<br>**Conshohocken PA 19428** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $39,201.53 |
| ACCT #:<br>**Gas Lawn Pros**<br>**502 W Pine St**<br>**Liberal KS 67901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,066.23 |

Sheet no. ___22___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**      $58,703.80

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**  Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**GE Capital Retail Bank**<br>**Attn Bankruptcy**<br>**PO Box 960061**<br>**Orlando FL 32896-0061** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $11,674.72 |
| ACCT #:<br>**Genesis Landscaping Service**<br>**1425 Short Horn CV**<br>**Round Rock TX 78665** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $7,790.98 |
| ACCT #:<br>**GMI National Service Company**<br>**Todd J Harlow**<br>**Lynn Tillotoson Pinker Cox LLP**<br>**2100 Ross Avenue Suite 2700**<br>**Dallas TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # DC-13-02258 (Dallas County, TX)** | | | X | $175,000.00 |
| ACCT #:<br>**GMS LLP**<br>**Attn Bankruptcy**<br>**PO Box 601313**<br>**Dallas TX 75360** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,237.50 |
| ACCT #:<br>**Go Green LawnCare LLC**<br>**3324 Johnson Rd**<br>**Petersburg VA 23805** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,135.90 |
| ACCT #:<br>**Good Ole Boy Moving and Snow Removal**<br>**218 N Chestnut**<br>**Lindsborg KS 67456** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,548.45 |

Sheet no. ____23____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$202,387.55**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gordons Landscapes LLC**<br>**PO Box 2371**<br>**Lawton OK 73502** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,270.24 |
| ACCT #:<br>**Gottlob Lawn and Landscape LLC**<br>**5001 E 9th**<br>**Winfield KS 67156** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,333.25 |
| ACCT #:<br>**GPS Insight LLC**<br>**Attn Bankruptcy**<br>**21803 N Scottsdale Rd Suite 220**<br>**Scottsdale AZ 85255** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,796.40 |
| ACCT #:<br>**Grasshoppers Services**<br>**12226 Brownstone St**<br>**Live Oak TX 78233** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,921.82 |
| ACCT #:<br>**Great Lakes Snow Systems Inc**<br>**PO Box 5237**<br>**Elgin IL 60121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,883.07 |
| ACCT #:<br>**Greater Texas Landscape Services**<br>**1141 Penion Dr**<br>**Austin TX 78748** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $169.48 |

Sheet no. ____24____ of ____61____ continuation sheets attached to             **Subtotal >**    $16,374.26
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                              (Use only on last page of the completed Schedule F.)
                      (Report also on Summary of Schedules and, if applicable, on the
                          Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**  Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Green Growers Lawncare and Landscaping**<br>**800 McLain**<br>**Newton KS 67114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $6,240.69 |
| ACCT #:<br>**Green Guy Grass Cutters Company**<br>**5907 Johns Road**<br>**Tampa FL 33634** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $24,353.00 |
| ACCT #:<br>**Green Scene Inc**<br>**3515 Stern Dr**<br>**Saint Charles IL 60174** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $181,722.78 |
| ACCT #:<br>**GreenLeaf Land Care and Snow Removal**<br>**2911 Wildbrook Dr**<br>**Southfield MI 48034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $26,137.65 |
| ACCT #:<br>**Greenscape Lawn Service**<br>**521 W Nicholson**<br>**Harrison AR 72601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,834.91 |
| ACCT #:<br>**GreenTouch Lawn and Tree**<br>**3530 SE 21st**<br>**Topeka KS 66607** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 13C 000329 (Shawnee County, Kansas)** | | | X | $25,436.63 |

Sheet no. ____25____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$265,725.66**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**     Case No. _____

                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **GreenTouch Lawn and Tree** | | Joseph M Weiler Alderson Law 2101 SW 21st Street Topeka KS 66604 | | | | **Notice Only** |
| ACCT #: **H and S Maintenance Inc** **PO Box 3774** **Hot Springs AR 71914** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$995.00** |
| ACCT #: **Habitat Lndscape Management** **785 CR 1401** **Jacksonville TX 75766** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$281.46** |
| ACCT #: **Hamilton Stephens Steele and Martin PLLC** **201 S College Street Suite 2020** **Charlotte NC 28244-2020** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$651.00** |
| ACCT #: **xx0603** **Hampel Oil Distributors** **Attn Bankruptcy** **PO Box 875477** **Kansas City MO 64187-5477** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$4,211.71** |
| ACCT #: **Hawkeye Lawn Care and Snow Removal** **11648 SE 36th Ave** **Runnells IA 50237** | | DATE INCURRED: CONSIDERATION: **Business Services** REMARKS: | | | | **$222.00** |

Sheet no. ____26____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal >**     **$6,361.17**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**     Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Heartland Harvest**<br>**PO Box 1411**<br>**Deerfield IL 60015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $39,912.40 |
| ACCT #:<br>**Hewetts Lawn Service**<br>**107 Cannon Lane**<br>**Bastrop TX 78602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,500.00 |
| ACCT #:<br>**Hinkle Law Firm**<br>**301 N Main St Suite 2000**<br>**Wichita KS 67202-4820** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $163,409.06 |
| ACCT #:<br>**Hite Fanning and Honeyman LLP**<br>**100 N Broadway Suite 950**<br>**Wichita KS 67202-2209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,931.04 |
| ACCT #:<br>**HMA Medworks Occupational Health Network**<br>**3810 W Bounous**<br>**Wichita KS 67213** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $236.00 |
| ACCT #:<br>**Holders Lawn and Landscape**<br>**5428 E 88th St**<br>**Tulsa OK 74137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $20,710.36 |

Sheet no. ____27____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $231,698.86

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**        Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Home and Commercial Cleaning Svc Inc**<br>**PO Box 529**<br>**Wytheville VA 24382** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,512.50 |
| ACCT #:<br>**Home Depot Credit Services**<br>**PO Box 653001**<br>**Dallas TX 75265-3001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Goods and Services**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Hometown Lawn LLC**<br>**2003 Santa Fe Suite C**<br>**Olathe KS 66062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $82,156.27 |
| ACCT #:<br>**Hoots Lawn Care LLC**<br>**PO Box 667**<br>**Burleson TX 76097** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $61,386.00 |
| ACCT #:<br>**Hopkins and Huebner PC**<br>**2700 Grand Ave Suite 111**<br>**Des Moines IA 50312** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $320.00 |
| ACCT #:<br>**Houseworth Enterprises**<br>**PO Box 238**<br>**Excelsior Springs MO 64024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $663.35 |

Sheet no. _____28_____ of _____61_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $150,038.12

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**      Case No. _____

      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Huber and Son Lawn Care**<br>**3274 Co Rd 19**<br>**Bryan OH 43506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $310.30 |
| ACCT #:<br>**Huber Lawn and Home Services**<br>**1012 Theron Place**<br>**Garden City KS 67846** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $765.72 |
| ACCT #:<br>**Hutton Construction**<br>**2229 S West Street**<br>**Wichita KS 67213** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $425.00 |
| ACCT #:<br>**Incorp Services Inc**<br>**Attn Bankruptcy**<br>**PO Box 94438**<br>**Las Vegas NV 89193-4438** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $812.00 |
| ACCT #:<br>**Intermarc**<br>**1236 N Mosley**<br>**Wichita KS 67214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $89.60 |
| ACCT #:<br>**Iowa Pond Guy LLC**<br>**4804 NE Haynes Dr**<br>**Ankeny IA 50021** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $905.22 |

Sheet no. ___29___ of ___61___ continuation sheets attached to      **Subtotal >**   **$3,307.84**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Complete Landscaping Systems Inc**                     Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**IPFS Corporation**<br>**Attn Bankruptcy**<br>**24722 Network Place**<br>**Chicago IL 60673** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,228.44 |
| ACCT #:<br>**ISN Software Corporation**<br>**Attn Bankruptcy**<br>**PO Box 841808**<br>**Dallas TX 75284-1808** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,000.00 |
| ACCT #:<br>**JAM Landscape and Contracting**<br>**PO Box 643**<br>**Lehighton PA 18235** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,362.68 |
| ACCT #:<br>**Jaruzels Lawn and Tree Service**<br>**239 Tuscola Street**<br>**Frankenmuth MI 48734** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $7,131.08 |
| ACCT #:<br>**Jasons Lawn Service**<br>**2000 E Arapaho Rd Number 22117**<br>**Richardson TX 75081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,083.75 |
| ACCT #:<br>**Jeff Graham Construction LLC**<br>**204 W New St**<br>**Coffeyville KS 67337** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,588.20 |

Sheet no. ____30____ of ____61____ continuation sheets attached to        **Subtotal >**        **$26,394.15**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Total >**
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**     Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jensen Sprinkler**<br>**1471 Old Highway 141**<br>**Sioux City IA 51106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $88.81 |
| ACCT #:<br>**Jersey Pro Landscaping**<br>**3 Carter Lane**<br>**New Egypt NJ 08533** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,475.00 |
| ACCT #:<br>**JK Lawncare LLC**<br>**576 Provinceline Rd**<br>**Allentown NJ 08501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $32,477.95 |
| ACCT #:<br>**John Deere Financial**<br>**Attn Bankruptcy**<br>**PO Box 650214**<br>**Dallas TX 75265-0215** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,513.36 |
| ACCT #:<br>**John Deere Landscapes**<br>**5721 W 23rd St**<br>**Wichita KS 67205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,547.87 |
| ACCT #:<br>**John E Dennis**<br>**451 B Hostetter Rd**<br>**New Waverly TX 77358** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $350.00 |

Sheet no. ___31_____ of ____61____ continuation sheets attached to       **Subtotal >**       **$42,452.99**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Johns Lawn Care**<br>**PO Box 414**<br>**Prospect VA 23960** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,630.15 |
| ACCT #:<br>**Jones Lang LaSalle Americas Inc**<br>**200 East Randolph Drive**<br>**Chicago Illinois  60601**<br>**Attn:  Chief Commercial Counsel** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Notice Only for Verizon Wireless Inc**<br>**executory contract** | | | | $0.00 |
| ACCT #:<br>**Jose Arriazola Sr**<br>**1108 E Medina St**<br>**Pearsall TX 78061** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:<br>**JP Land Enterprises LLC**<br>**1756 Marla Place**<br>**Vineland NJ 08361** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $46,290.41 |
| ACCT #:<br>**JTs Lawn Service**<br>**1011 Berkley Dr**<br>**Edinburg TX 78539** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $10,890.50 |
| ACCT #:<br>**JTs Snow Plowing**<br>**5735 N State Rd**<br>**Alma MI 48801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,692.41 |

Sheet no. ____32_____ of _____61_____ continuation sheets attached to          **Subtotal >**          **$65,703.47**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**          Case No. _____

                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kansas Building Products Inc**<br>**PO Box 9463**<br>**Wichita KS 67277** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,320.75 |
| ACCT #:  **PTL-EJM-10**<br>**Kansas Construction News**<br>**PO Box 195**<br>**Wichita KS 67201-0195** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $98.00 |
| ACCT #:<br>**Kansas Corporation Commission**<br>**Transportation Division**<br>**1500 SW Arrowhead Road**<br>**Topeka KS 66604-4027** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxxxxxxxxxxxxx3827**<br>**Kansas Gas Service**<br>**Attn Bankruptcy Team**<br>**PO Box 3535**<br>**Topeka KS 66601-3535** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $96.49 |
| ACCT #:<br>**Kansas Golf and Turf Inc**<br>**5701 Chuzy Drive**<br>**Wichita KS 67219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,729.20 |
| ACCT #:<br>**Kansas Tree and Lawn**<br>**2106 Belmont Dr**<br>**Emporia KS 66801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,009.54 |

Sheet no. ____33____ of ____61____ continuation sheets attached to          **Subtotal >**          **$5,403.98**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**     Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kansas Turnpike Authority**<br>**Attn Bankruptcy**<br>**PO Box 780007**<br>**Wichita KS 67278** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $22.41 |
| ACCT #:<br>**Kings Landscaping LLC**<br>**47949 Briar Rose Court**<br>**Macomb MI 48044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $28,634.60 |
| ACCT #:<br>**Kliewer Landscape Service**<br>**2021 Hart Ave**<br>**Dodge City KS 67801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $639.61 |
| ACCT #:<br>**Kramer Land Care Inc**<br>**255 E 1400th St**<br>**Payson IL 62360** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,188.77 |
| ACCT #:<br>**Lafarge North America Inc**<br>**Attn Bankruptcy**<br>**Dept 2424**<br>**PO Box 122424**<br>**Dallas TX 75312-2424** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,015.60 |
| ACCT #:<br>**Lakos Lawn and Landscape LLC**<br>**2160 Co Rd 16**<br>**Wauseon OH 43567** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $481.50 |

Sheet no. ____34____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$35,982.49**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Landscapeworks Inc**<br>**1137 Goffle Rd**<br>**Hawthorne NJ 07506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $56,758.82 |
| ACCT #:<br>**Lauffers Landscaping LLC**<br>**20890 Lawrence 1167**<br>**Verona MO 65769** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,398.84 |
| ACCT #:<br>**Lawn Care Solutions**<br>**5106 SE 30th St**<br>**Des Moines IA 50320** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $27,527.96 |
| ACCT #:<br>**Lawn Design**<br>**129 S Beverwyck Rd**<br>**Parsippany NJ 07054** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:<br>**Lawn Master**<br>**PO Box 645**<br>**Tom Bean TX 75489** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,392.56 |
| ACCT #:<br>**Lawns Plus Inc**<br>**6082 NW Beaver Dr Suite A**<br>**Johnston IA 50131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 05771-LACL127854 (Polk County, Iowa)** | | | X | $142,519.39 |

Sheet no. _____35_____ of _____61_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$234,797.57**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**       Case No. _____

                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Leikers Lawns**<br>**809 S St John**<br>**Lyons KS 67554** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $897.16 |
| ACCT #:<br>**Leonard G Renaud PA**<br>**8105 NW 155th Street**<br>**Miami Lakes FL 33016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Leos Lawn Care**<br>**165 Timbercreek Drive**<br>**Poteet TX 78065** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,300.00 |
| ACCT #:<br>**Loewinsohn Flegle Deary LLP**<br>**12377 Merit Drive**<br>**Suite 900**<br>**Dallas TX 75251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | $8,000.00 |
| **Representing:**<br>**Loewinsohn Flegle Deary LLP** | | **David L Rein**<br>**Husch Blackwell**<br>**4801 Main Street Suite 1000**<br>**Kansas City MO 64112** | | | | Notice Only |
| ACCT #:<br>**Lone Star Lawn Care**<br>**4103 N Texas Ave**<br>**Bryan TX 77803** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,648.05 |

Sheet no. ____36____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$14,845.21**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lounsbury Landscaping**<br>**6000 Raccoon River Drive**<br>**West Des Moines IA 50266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$15,510.00** |
| ACCT #:<br>**Lowes Companies Inc**<br>**Attn Bankruptcy**<br>**PO Box 530954**<br>**Atlanta GA 30353-0954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$5,333.81** |
| ACCT #:<br>**LSI Staffing Solutions Inc**<br>**250 N Kansas**<br>**Wichita KS 67214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**2013-LM-011726-CU** | | | X | **$1,036.02** |
| Representing:<br>**LSI Staffing Solutions Inc** | | **Peter Orsi**<br>**Madden and Orsi**<br>**RH Garvey Bldg Suite 100**<br>**300 W Douglas**<br>**Wichita KS 67202** | | | | **Notice Only** |
| ACCT #:<br>**Maddox Irrigation Inc**<br>**46800 Erb Drive**<br>**Macomb MI 48042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-CV-002427-CP** | | | X | **$12,027.00** |
| Representing:<br>**Maddox Irrigation Inc** | | **Michael J Lehman**<br>**Bruce Bruce and Lehman**<br>**PO Box 75037**<br>**Wichita KS 67275** | | | | **Notice Only** |

Sheet no. ____37____ of ____61____ continuation sheets attached to                      **Subtotal >**     **$33,906.83**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MAGICouncil**<br>**PO Box 419264**<br>**Kansas City MO 64141** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$150.00** |
| ACCT #:<br>**Mark Mayfield**<br>**Womack Phelps and McNeill PA**<br>**301 W Washington Ave**<br>**Jonesboro AR 72401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Martinez Lawn Service**<br>**PO Box 792**<br>**Premont TX 78375** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Small Claims Court in Jim Wells County, Texas** | | | X | **$2,011.00** |
| ACCT #:<br>**Martins Ground Maintenance**<br>**535 Euclid Street**<br>**Allentown PA 18103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$192.39** |
| ACCT #:<br>**Mastercheck**<br>**Attn Bankruptcy**<br>**PO Box 637**<br>**Stillwater OK 74076** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$261.10** |
| ACCT #:<br>**McDenco Landscaping**<br>**19625 W 7 Mile**<br>**Detroit MI 48219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$2,349.06** |

Sheet no. ____38____ of ____61____ continuation sheets attached to          **Subtotal >**          **$4,963.55**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Complete Landscaping Systems Inc**    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **McDonald Tinker Skaer Quinn** <br> **PO Box 207** <br> **Wichita KS 67201-0207** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $111.15 |
| ACCT #: <br> **McHenry Garden Center** <br> **5100 McCullom Lake Road** <br> **McHenry IL 60051** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,199.00 |
| ACCT #: <br> **McIntyre Asphalt Paving Co** <br> **4485 Parker Road** <br> **Fort Gratiot MI 48059** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $13,208.79 |
| ACCT #: <br> **Meadowgreen Inc** <br> **3158 Breton SE** <br> **Grand Rapids MI 49512** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $5,595.57 |
| ACCT #: <br> **Medical Publishing** <br> **Attn Bankruptcy** <br> **PO Box 489** <br> **Riesel TX 76682** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,975.00 |
| ACCT #: <br> **Medina Lawncare Inc** <br> **3610 North Cicero Ave** <br> **Chicago IL 60641** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $29,183.01 |

Sheet no. ____39____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$51,272.52**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Melvina Wilken**<br>**4827 W 13th St N**<br>**Wichita KS 67212-1834** | | DATE INCURRED:<br>CONSIDERATION:<br>**Car Accident**<br>REMARKS: | | | | $8,880.04 |
| ACCT #:<br>**Michael Huffman**<br>**dba Huffs Tree Service**<br>**201 W 42nd St North**<br>**Wichita KS 67204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-CV-297 (Reno County KS)** | | | | $66,479.30 |
| ACCT #:<br>**Michigan Irrigation Contracting**<br>**14741 Bainbridge**<br>**Livonia MI 48154** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $466.00 |
| ACCT #:<br>**Midwest Plowing and Landscape**<br>**3881 Kitten Creek Rd**<br>**Manhattan KS 66503** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,382.20 |
| ACCT #:<br>**Mike Billings Lawn Care**<br>**99 Lakepoint Drive**<br>**Clarksville VA 23927** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,067.08 |
| ACCT #:<br>**Millers Lawn and Landscaping Svcs**<br>**6060 Vreeland Road**<br>**Ypsilanti MI 48198** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $13,442.12 |

Sheet no. ____40____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$95,716.74**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Morris and Morris**<br>**PO Box 30**<br>**Richmond VA 23218** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,389.98 |
| ACCT #:<br>**Morris Ditching**<br>**1512 North 9th**<br>**Monett MO 65708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $58.00 |
| ACCT #:<br>**Mow Pros**<br>**PO Box 209**<br>**Ennis TX 75119** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $4,266.90 |
| ACCT #:<br>**Mt Vernon Tree and Landscape**<br>**8751 37 Mile Road**<br>**Romeo MI 48065** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $400.00 |
| ACCT #:<br>**National Payment Processing**<br>**PO Box 3429**<br>**Thousand Oaks CA 91359** | | DATE INCURRED:<br>CONSIDERATION:<br>**Merchant Services**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**New Frontier Lawn and Tree Care**<br>**2533 E 36th Cir N**<br>**Wichita KS 67219-2303** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $588.29 |

Sheet no. ____41____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$6,703.17**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**      Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**New Terrain Landscape Contracting Inc**<br>**19 Zeek Road**<br>**Morris Plains NJ 07950** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $572.99 |
| ACCT #:<br>**Noble Lawn Care**<br>**PO Box 762**<br>**Richmond MO 64085** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $460.00 |
| ACCT #:<br>**Noel Lawn Service**<br>**831 Cole Rd**<br>**Monroe MI 48162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $19,507.41 |
| ACCT #:<br>**North and South Enterprises Inc**<br>**PO Box 301**<br>**Clio MI 48420** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $26,479.61 |
| ACCT #:<br>**Northeast Iowa Lawn Care**<br>**2420 200th St**<br>**Calmar IA 52132** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $214.00 |
| ACCT #:<br>**Northridge Sand LLC**<br>**6033 N Ridge Rd**<br>**Maize KS 67101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,007.58 |

Sheet no. ___42___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      **$50,241.59**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Oakridge Lawn and Snow Inc**<br>**PO Box 26**<br>**Clawson MI 48017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-CV-001273-CP** | | | X | **$148,689.20** |
| **Representing:**<br>**Oakridge Lawn and Snow Inc** | | **Kurt A Holmes PA**<br>**445 N Waco St**<br>**Wichita KS 67202** | | | | **Notice Only** |
| ACCT #:<br>**Oceanside Landscaping LLC**<br>**508 Dorothy Court**<br>**Chesapeake VA 23323-6673** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # CL12002942-00 (Circuit Court for Chesapeake, VA)** | | | X | **$38,720.00** |
| **Representing:**<br>**Oceanside Landscaping LLC** | | **Frank J Driscoll Jr PLLC**<br>**192 Ballard Court Suite 310**<br>**Virginia Beach VA 23462** | | | | **Notice Only** |
| ACCT #:<br>**Oklahoma Landscape Inc**<br>**11033 S Delaware Ave**<br>**Tulsa OK 74137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$4,333.34** |
| ACCT #:<br>**Origer Lawn Service**<br>**315 North 7th St**<br>**Estherville IA 51334** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$460.00** |

Sheet no. ____43____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$192,202.54**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Other Side Lawn Service**<br>**625 Mango Dr**<br>**Virginia Beach VA 23452** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,575.71 |
| ACCT #:<br>**Outdoor Environments Inc**<br>**PO Box 7777**<br>**Urbandale IA 50323** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,186.92 |
| ACCT #:<br>**Outside Plant Damage Recovery**<br>**9984B West Jewell Ave**<br>**Lakewood CO  80232** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $305.00 |
| ACCT #:<br>**Par 4 Landscaping and Lawn Care**<br>**PO Box 9542**<br>**Wichita KS 67277-0542** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $280.00 |
| ACCT #:<br>**Paul S Danner**<br>**Mound Cotton Wollan and Greengrass**<br>**60 Park Place**<br>**Newark NJ 07102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Penn Forest Services**<br>**1114 Moorman Ave**<br>**Roanoke VA 24017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $23,679.71 |

Sheet no. ____44____ of ____61____ continuation sheets attached to                              **Subtotal >**    **$31,027.34**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      **Total >**
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Complete Landscaping Systems Inc**                   Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-2322**<br>**Pitney Bowes Postage by Phone**<br>**Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh PA 15250-7874** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,392.89 |
| ACCT #:<br>**Plant and Insect Diagnostic Clinic**<br>**Iowa State University**<br>**327 Bessey Hall**<br>**Ames IA 50011** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $40.00 |
| ACCT #:<br>**Poor Boy Lawn and Landscape Svc**<br>**1500 Lana Drive**<br>**Lebanon MO 65536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $125.15 |
| ACCT #:<br>**Pratt Tree Farm**<br>**10161 SE 25th Ave**<br>**Pratt KS 67124** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:<br>**Precision Outdoor Services LLC**<br>**10434 CR 2180**<br>**Whitehouse TX 75791** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $29,747.72 |
| ACCT #:<br>**Prewit Construction Inc**<br>**PO Box 744**<br>**El Dorado KS 67042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $335.40 |

Sheet no. ___45___ of ___61___ continuation sheets attached to                                  **Subtotal >**          **$36,741.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Complete Landscaping Systems Inc**          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Professional Property Maintenance LLC** <br> **10316 Branson Landing Blvd** <br> **Branson MO 65616** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $580.37 |
| ACCT #: <br> **Progressive Insurance** <br> **Attn Bankruptcy** <br> **6300 Wilson Mills Road** <br> **Mayfield Village OH 44143** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $4,035.26 |
| ACCT #: <br> **Puggis Lawn Care Inc** <br> **PO Box 113** <br> **Mays Landing NJ 08330** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $23,291.29 |
| ACCT #: <br> **Quality Cut Lawns LLC** <br> **1800 Lakeview Dr** <br> **Choctaw OK 73020** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit** <br> REMARKS: <br> **Case # CJ-2013-139 (District Court of Oklahoma City, OK)** | | | X | $40,814.67 |
| **Representing:** <br> **Quality Cut Lawns LLC** | | **Raymond A Vincent** <br> **Pool and Vincent** <br> **430 NW 11th Street** <br> **Oklahoma City OK 73103** | | | | **Notice Only** |
| ACCT #: <br> **Quality Lawn Maintenance** <br> **PO Box 208** <br> **Constantine MI 49042** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $914.82 |

Sheet no. ____46____ of ____61____ continuation sheets attached to            **Subtotal >**            **$69,636.41**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**      Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Quality Turf and Irrigation**<br>**1500 Lana Drive**<br>**Lebanon MO 65536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $250.24 |
| ACCT #:<br>**R and R Quality Landscaping LLC**<br>**512 Notter Ln**<br>**Mount Olive IL 62069** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,980.00 |
| ACCT #:<br>**RC Lawn Care**<br>**411 Hansare St**<br>**Palm Bay FL 32908** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | X | $22,167.00 |
| ACCT #:<br>**Red Dirt Landscaping**<br>**2429 N Council Rd**<br>**Bethany OK 73008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $13,387.00 |
| ACCT #:<br>**Reliable Printing Solutions**<br>**2230 Michigan Avenue**<br>**Santa Monica CA 90404** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $92.47 |
| ACCT #:<br>**Richardsons Lawn Care**<br>**20238 Syracuse**<br>**Detroit MI 48234** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $29,003.13 |

Sheet no. ___47___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$67,879.84**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**          Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rigby Mowing Service**<br>**505 9th Ave W**<br>**Spencer IA 51301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,090.70 |
| ACCT #:<br>**Rivera Landscaping**<br>**2240 Trinity Mills Number 314**<br>**Carrollton TX 75006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:<br>**Rivers Lawn Care**<br>**PO Box 223**<br>**Hornersville MO 63855** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $5,992.77 |
| ACCT #:<br>**Robins Landscaping and Pool Svcs**<br>**207 8th Avenue**<br>**South Sioux City NE 68776** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $260.00 |
| ACCT #:<br>**Rock City Landscaping**<br>**130 Karen Cove**<br>**Jacksonville AR 72076** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,300.00 |
| ACCT #:<br>**Ron Poarch and Son Lawn Care**<br>**5726 Pleasant Shade Drive**<br>**Emporia VA 23847** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,395.50 |

Sheet no. ____48____ of ____61____ continuation sheets attached to          **Subtotal >**          **$12,038.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**    Case No. _____
                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Roth Heating and Air**<br>**4141 Maple**<br>**PO Box 3727**<br>**Wichita KS 67201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$960.66** |
| ACCT #:<br>**Roys Mowing**<br>**1800 Blue Jay**<br>**Webb City MO 64870** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$751.64** |
| ACCT #:<br>**Russellville Lawn and Landscape Inc**<br>**PO Box 10216**<br>**Russellville AR 72812** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$95.00** |
| ACCT #:<br>**Rusty Eck Ford**<br>**PO Box 783250**<br>**Wichita KS 67278-3250** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-LM-012662-CS** | | | | **$16,390.69** |
| **Representing:**<br>**Rusty Eck Ford** | | **Mark Kahrs**<br>**PO Box 780487**<br>**Wichita KS 67278** | | | | **Notice Only** |
| ACCT #:<br>**S and D Landscaping**<br>**6342 Glenoak Dr**<br>**Norfolk VA 23513** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # GV13000962-00 (Norfolk, Virginia)** | | | X | **$8,585.64** |

Sheet no. ___49___ of ___61___ continuation sheets attached to        Subtotal > | **$26,783.63**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**                     Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxxx0644<br>**Sams Club**<br>**PO Box 530981**<br>**Atlanta GA 30353** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,518.78 |
| ACCT #:<br>**Sartin Services Lawncare and Nursery**<br>**3703 South Culberhouse Road**<br>**Jonesboro AR 72402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Circuit Court of Craighead Cty, Arkansas**<br>**(Jonesboro District)** | | | X | $8,398.26 |
| ACCT #:<br>**Sauber Service Inc**<br>**1500 Cherokee Trail**<br>**Jackson MI 49201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,189.22 |
| ACCT #:<br>**Saunders Landscape and Design**<br>**PO Box 3268**<br>**Muskogee OK 74402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,415.44 |
| ACCT #:<br>**Scenic Landscaping and Maintenance**<br>**3653 Cagney Drive Suite 205**<br>**Tallahassee FL 32309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $71,274.49 |
| ACCT #:<br>**Scenicview Landscaping Inc**<br>**PO Box 268**<br>**Milford KS 66514** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,233.86 |

Sheet no. ____50____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$89,030.05**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Schumacher Well Drilling Inc**<br>**2201 Slagle Dr**<br>**Algona IA 50511** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $652.46 |
| ACCT #:<br>**Scotts Pro Lawn and Landscape Inc**<br>**410 Urban Dr**<br>**Hutchinson KS 67501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # SC1-13-005 (Small Claims Court, Grayson County TX)** | | | X | $3,500.00 |
| ACCT #:<br>**Seif Lawn Care and Snowplowing Inc**<br>**920 Barnum SW**<br>**Wyoming MI 49509** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $22,457.54 |
| ACCT #:<br>**Sharums Garden Center**<br>**PO Box 6531**<br>**Fort Smith AR 72906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,420.00 |
| ACCT #:<br>**Skeens Lawn Service**<br>**123 Warehouse Street**<br>**Weber City VA 24290** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,658.09 |
| ACCT #:<br>**Smith Brothers Lawn Maintenance Inc**<br>**13245 Atlantic Blvd Suite 345**<br>**Jacksonville FL 32225** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $92,146.31 |

Sheet no. ____51____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          $121,834.40

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Snowbiz Inc of America**<br>**PO Box 16603**<br>**Chicago IL 60616** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $361,429.20 |
| ACCT #:<br>**Son Light Landscape**<br>**1312 N Main St**<br>**Nevada MO 64772** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Lawsuit filed in Vernon County, Missouri** | | | X | $600.00 |
| ACCT #:<br>**Specialists in Laboratory Medicine**<br>**929 N Saint Francis St**<br>**Wichita KS 67214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $18.00 |
| ACCT #:<br>**St Clair Lawn Care Inc**<br>**PO Box 231**<br>**Saint Clair MI 48079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $7,422.26 |
| ACCT #:<br>**Stack Landscape**<br>**PO Box 3034**<br>**Tallahassee FL 32315** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $9,968.05 |
| ACCT #:<br>**Stan the Yardman**<br>**1806 Greenway**<br>**Gilmer TX 75644** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $378.87 |

Sheet no. ___52___ of ___61___ continuation sheets attached to          **Subtotal >**          $379,816.38
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Steven Gilfillan**<br>**1504 W 5th**<br>**Coffeyville KS 67337** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:<br>**Steves Lawn Care**<br>**69 Old Saint Johns Lane**<br>**Drums PA 18222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $9,037.81 |
| ACCT #:<br>**Steves Quality Lawn Care and Landscaping**<br>**56 Richland Road**<br>**Fredericksburg VA 22406** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Lawsuit in Stafford County, Virginia** | | | X | $3,760.00 |
| ACCT #:<br>**Stone Sand Co Inc**<br>**PO Box 872**<br>**421 Washington**<br>**Great Bend KS 67530-0872** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $6,362.46 |
| ACCT #:<br>**Stouts Landscape and Lawn Svcs LLC**<br>**9254 Iowa St**<br>**Livonia MI 48150** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $22,960.34 |
| ACCT #:<br>**Strawser Bros Construction Inc**<br>**PO Box 533**<br>**Kendallville IN 46755** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,210.00 |

Sheet no. ____53____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$45,430.61**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Complete Landscaping Systems Inc**      Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Summer Snow LLC**<br>**2024 College View Rd**<br>**Manhattan KS 66502** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $876.00 |
| ACCT #:<br>**Superior Lawn and Sealcoat**<br>**139 Bobbis Terrace**<br>**New Egypt NJ 08533** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $36,034.72 |
| ACCT #:<br>**Superior Lawn Care LLC**<br>**2858 South Main Street**<br>**Ann Arbor MI 48103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $49,477.63 |
| ACCT #:<br>**Superior Service Company Inc**<br>**840 E Murdock**<br>**Wichita KS 67214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $590.37 |
| ACCT #:<br>**Sure Tree Landscaping Inc**<br>**583 CR 4015**<br>**Mount Pleasant TX 75455** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $58.71 |
| ACCT #:<br>**T and J Landscaping and Snow Removal**<br>**35426 Cordelia**<br>**Clinton Township MI 48035** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $12,004.85 |

Sheet no. _____54_____ of _____61_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         **Subtotal >**    **$99,042.28**

                                                     **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Complete Landscaping Systems Inc**

Case No. _____
                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**T and N Incorporated**<br>**PO Box 240**<br>**Foristell MO 63348-0240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $35,127.60 |
| ACCT #:<br>**T and T Landscaping**<br>**529 Martin Rd**<br>**Danville VA 24541** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $269.28 |
| ACCT #:<br>**Tender Lawn Care**<br>**107 South 7th St**<br>**Cherokee IA 51012** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $90.00 |
| ACCT #:<br>**Terminix International**<br>**PO Box 616**<br>**2205 Marshall Ave**<br>**Mattoon IL 61938** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $784.57 |
| ACCT #:<br>**The Tap of Kansas**<br>**620 S Washington**<br>**Wichita KS 67211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $49,721.28 |
| ACCT #:<br>**The Tire Store Inc**<br>**1458 S Broadway**<br>**Wichita KS 67211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,310.62 |

Sheet no. ___55___ of ___61___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $88,303.35

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**    Case No. _____
                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Thee Lawn Service**<br>**73 McGahee Rd**<br>**Sulphur Springs TX 75482** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $6,600.00 |
| ACCT #:<br>**Thomas Murphy**<br>**Hopkins and Huebner PC**<br>**2700 Grand Avenue Suite 111**<br>**Des Moines IA 50312-5215** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Tims Lawn Care**<br>**23 Garrettsen Drive**<br>**Belleville IL 62223** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,835.94 |
| ACCT #:<br>**TJs Maintenance Inc**<br>**2409 W Saratoga**<br>**Ozark MO 65721** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,491.76 |
| ACCT #:<br>**TK Fast Inc**<br>**437 S Hydraulic**<br>**Wichita KS 67211-1911** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $9,072.66 |
| ACCT #:<br>**Torres Lawn Service**<br>**PO Box 187**<br>**Dumas TX 79029** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $256.62 |

Sheet no. ____56____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal >** | **$23,256.98**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Tree Top Nursery** <br> **5910 East 37th North** <br> **Wichita KS 67220** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $992.44 |
| ACCT #: <br> **TSP Lawns and Landscapes Inc** <br> **PO Box 992** <br> **Yorktown VA 23692** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $15,479.68 |
| ACCT #: <br> **Tuff Turf Landscaping and Ground Maint** <br> **2709 Lake Shore Drive** <br> **Edinburg TX 78539** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $5,964.58 |
| ACCT #: <br> **Turf Pro Landscape Design** <br> **PO Box 1529** <br> **Canton TX 75103** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $302.30 |
| ACCT #: <br> **Turfs Up Lawn Care Inc** <br> **220 S 11st Street** <br> **West Des Moines IA 50265** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $5,535.95 |
| ACCT #: <br> **United Rentals Inc** <br> **Credit Office 586 File 51122** <br> **Los Angeles CA 90074-1122** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $528.92 |

Sheet no. ____57____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$28,803.87**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Complete Landscaping Systems Inc**        Case No. _____

                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Unrein Earth Design**<br>**300 West 40th Street**<br>**Hays KS 67601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-LM-000340 (Ellis County, Kansas)** | | | X | **$3,100.00** |
| **Representing:**<br>**Unrein Earth Design** | | **Gregory A Schwartz**<br>**200 W 13th St**<br>**Hays KS 67601** | | | | **Notice Only** |
| ACCT #:<br>**US Attorney Wichita**<br>**1200 Epic Center**<br>**301 N Main**<br>**Wichita KS  67202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**US Chamber of Commerce**<br>**Member Processing Center**<br>**PO Box 0976**<br>**Wilton NH 03086-0976** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$125.00** |
| ACCT #:<br>**Via Christi Clinic PA**<br>**PO Box 2969**<br>**Wichita KS 67201-2969** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$180.96** |
| ACCT #:<br>**Via Christi Hospitals Wichita Inc**<br>**PO Box 47887**<br>**Wichita KS 67201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | **$552.00** |

Sheet no. ___58___ of ___61___ continuation sheets attached to        **Subtotal >**        **$3,957.96**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Via Christi Occupational Medicine**<br>**501 N Maize Rd**<br>**Wichita KS 67212** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,739.83 |
| ACCT #:<br>**VMC Concrete**<br>**2915 N Emporia St**<br>**Wichita KS 67219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $3,389.58 |
| ACCT #:<br>**Wenskes Landscaping and Fencing**<br>**1949 St Hwy 159**<br>**La Grange TX 78945** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $1,861.90 |
| ACCT #:<br>**West Plains Landscaping**<br>**3103 Haddock St**<br>**West Plains MO 65775** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,444.44 |
| ACCT #:  **6301 and 6202**<br>**Westar Energy**<br>**PO Box 889**<br>**Topeka KS 66601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $1,105.74 |
| ACCT #:<br>**WIBA KIBC**<br>**445 N Waco**<br>**Wichita KS 67202-1160** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $200.00 |

Sheet no. ____59____ of ____61____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$10,741.49**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Complete Landscaping Systems Inc**            Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wichita Alarm Program**<br>**PO Box 1162**<br>**Wichita KS 67201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $145.00 |
| ACCT #:<br>**Wichita Area Builders Association**<br>**730 N Main**<br>**Wichita KS 67203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $2,525.00 |
| ACCT #:<br>**Wichita Business Journal**<br>**121 N Mead Suite 100**<br>**Wichita KS 67202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $91.20 |
| ACCT #:<br>**Wichita Metro Chamber of Commerce**<br>**350 West Douglas**<br>**Wichita KS 67202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Services**<br>REMARKS: | | | | $498.00 |
| ACCT #:<br>**Wichita Pump and Supply Co Inc**<br>**1010 East 14th Street**<br>**Wichita KS 67214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Case # 2013-CV-002669-OT** | | | | $13,641.88 |
| **Representing:**<br>**Wichita Pump and Supply Co Inc** | | **Larry Toomey**<br>**Toomey Pilgreen LLC**<br>**229 E William Suite 201**<br>**Wichita KS 67202** | | | | **Notice Only** |

Sheet no. ____60____ of ____61____ continuation sheets attached to               **Subtotal >**     **$16,901.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **4135330** <br> **Windstream Communications** <br> **Attn Bankruptcy** <br> **PO Box 580451** <br> **Charlotte NC 28258-0451** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,513.36 |
| ACCT #: <br> **Wolf and Sons Four Seasons** <br> **846 SE 38th St** <br> **Owatonna MN 55060** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $5,184.00 |
| ACCT #: <br> **Wolfes Landscape and Irrigation Inc** <br> **2310 SE Lakewood Blvd** <br> **Topeka KS 66605** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $1,150.00 |
| ACCT #: <br> **ZO Landscaping and Supply Inc** <br> **17 - 21 Newark Way** <br> **Maplewood NJ 07040** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Services** <br> REMARKS: | | | | $21,869.96 |
| | | | | | | |
| | | | | | | |

Sheet no. _____**61**_____ of _____**61**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $29,717.32

**Total >**   $4,167,722.42

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AMS Labs** <br> 2916 E Central Ave <br> Wichita, KS 67214 | Lawn Services for customer <br> Contract to be ASSUMED |
| **Ashborough HOA** <br> PO Box 538 <br> Derby, KS 67037 | Lawn services for customer <br> Contract to be ASSUMED |
| **BPCAL LLC** <br> PO Box 232 <br> Lake Oswego, OR 97034 | Lawn Services for customer First Commerce <br> Contract to be ASSUMED |
| **CB Richard Ellis Inc** <br> 170 Wood Avenue South <br> Iselin, NJ 08830 | Lawn services for customer <br> Contract to be ASSUMED |
| **City of Wichita** <br> 1900 E 9th St <br> Wichita, KS 67214 | Lawn services for customer <br> Contract to be ASSUMED |

In re **Complete Landscaping Systems Inc**        Case No. _____
                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Clear Channel Outdoor**<br>3405 N Hydraulic<br>Wichita KS 67219 | Lot Rental<br>Contract to be ASSUMED |
| **Community Living Facilities**<br>1006 E Waterman<br>Wichita, KS 67211 | Lawn services for customer Ketch Homes<br>Contract to be ASSUMED |
| **Dillons Stores**<br>PO Box 1608<br>Hutchinson, KS 67504 | Lawn Services for customer<br>Contract to be ASSUMED |
| **Executive Mgmt Svcs Inc**<br>PO Box 502426<br>Indianapolis, IN 46250 | Lawn services for customer<br>Contract to be ASSUMED |
| **Farha Carpet and Bldg Supplies**<br>808 W Harry<br>Wichita, KS 67213 | Lawn services for customer<br>Contract to be ASSUMED |

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Fast Cash**<br>2405 E 21st N<br>Wichita, KS 67214 | Lawn services for customer<br>Contract to be ASSUMED |
| **Fiscal Affairs**<br>Wichita Police Dept<br>455 N Main St<br>Wichita, KS 67202 | Lawn services for customer<br>Contract to be ASSUMED |
| **Hayloft Properties**<br>27124 Grummand Ave<br>Tea, SD  57064 | Lawn Services for customer Yorktown Estates, East Hampton Apts<br>Contract to be ASSUMED |
| **Jones Lang LaSalle Americas Inc**<br>111 Main Street<br>White Plains, NY 10601<br>Attn General Manager | Lawn Services for customer Verizon Wireless Inc<br>Contract to be ASSUMED |
| **Journal Broadcast Group**<br>PO Box 1402<br>Wichita, KS 67219 | Lawn services for customer KFDI<br>Contract to be ASSUMED |

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lodging Supply**<br>1711 S Hoover Rd<br>Wichita, KS 67209 | Lawn services for customer<br>Contract to be ASSUMED |
| **Marathon Data Systems LLC**<br>4810 Belmar Boulevard<br>Wall Township NJ 07753 | EverGreen Office software system<br>Contract to be ASSUMED |
| **Nitride Solutions**<br>3333 W Pawnee St<br>Wichita, KS 67213 | Lawn Services for customer<br>Contract to be ASSUMED |
| **Omni Management**<br>3450 N Rock Rd Suite 212<br>Wichita, KS 67226 | Lawn Services for customer Shadow Lakes HOA<br>Contract to be ASSUMED |
| **Panda Restaurant Group Guest Relations**<br>Attn: Bankruptcy<br>P.O. Box 1159<br>Rosemead, CA 91770 | Lawn Services for customer Panda Express<br>Contract to be ASSUMED |

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Paul Gibson**<br>1015 Stillwell<br>Wichita, KS 67213 | Lawn services for customer SG Cty EMS<br>Contract to be ASSUMED |
| **Peter Salmeron**<br>2401 Timbercreek<br>WICHITA KS 67204 | Employment agreement and deferred compensation plan<br><br>Contract to be REJECTED<br>Contract is in DEFAULT |
| **Protection One**<br>800 E Waterman<br>Wichita, KS 67202 | Lawn Services for customer<br>Contract to be ASSUMED |
| **Sycamore Village HOA**<br>7917 E 24th St N<br>Wichita, KS 67226 | Lawn Services for customer<br>Contract to be ASSUMED |
| **The Liq**<br>2330 E 21st N<br>Wichita, KS 67214 | Lawn Services for customer<br>Contract to be ASSUMED |

In re **Complete Landscaping Systems Inc**            Case No. _____
                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **TK Fast Inc**<br>437 S Hydraulic<br>Wichita, KS 67211-1911 | IT Services<br>Contract to be ASSUMED<br>Contract is in DEFAULT |
| **Village Inn**<br>3535 S. Meridian Ave.<br>Wichita, KS 67217 | Lawn Services for Customer<br>Contract to be ASSUMED |

In re  **Complete Landscaping Systems Inc**                    Case No. _____
                                                                                         (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Laura Ackerman**<br>11015 E 63rd S<br>Derby KS 67037 | **Equity Bank**<br>7701 E Kellogg Suite 100<br>Wichita KS 67207 |
| **Laura Ackerman**<br>11015 E 63rd S<br>Derby KS 67037 | **Rural Missouri Incorporated**<br>3324 Emerald Lane<br>Jefferson City MO 65109 |
| **Laura Ackerman**<br>11015 E 63rd S<br>Derby KS 67037 | **Darin Campbell and LLI Inc**<br>8122 Mystic Lakes South<br>Maize KS 67101 |
| **Peter Salmeron**<br>2401 Timbercreek<br>WICHITA KS 67204 | **Bank of America**<br>PO Box 982234<br>El Paso TX 79998-2234 |
| **Peter Salmeron**<br>2401 Timbercreek<br>WICHITA KS 67204 | **GE Capital Retail Bank**<br>Attn Bankruptcy<br>PO Box 960061<br>Orlando FL 32896-0061 |
| **Peter Salmeron**<br>2401 Timbercreek<br>WICHITA KS 67204 | **Rural Missouri Incorporated**<br>3324 Emerald Lane<br>Jefferson City MO 65109 |
| **Peter Salmeron**<br>2401 Timbercreek<br>WICHITA KS 67204 | **Bankers Bank of Kansas**<br>555 N Woodlawn Blvd<br>Wichita KS 67208 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

In re  **Complete Landscaping Systems Inc**                    Case No.

                                                              Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $358,390.00 | | |
| B - Personal Property | Yes | 4 | $1,105,761.61 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $661,333.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 14 | | $1,319,717.86 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 62 | | $4,167,722.42 | |
| G - Exectutory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 91 | $1,464,151.61 | $6,148,773.89 | |

In re **Complete Landscaping Systems Inc**                    Case No. _____
                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**93**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **9/30/2013**_____          Signature _**/s/ Laura Ackerman**_____

                                                        *Laura Ackerman*
                                                        *President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   **Complete Landscaping Systems Inc**                    CASE NO

                                                      CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$0.00** |
| Prior to the filing of this statement I have received: | **$7,466.46** |
| Balance Due: | **($7,466.46)** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **A portion of the fees paid were used prior to filing the case.  The stated fees include the funds for the court filing fee, which has also been paid.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **9/30/2013** | **/s/ David P. Eron** |
| *Date* | *David P. Eron*                                   Bar No.  23429 |
| | Eron Law, P.A. |
| | 229 E. William, Suite 100 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

  **/s/ Laura Ackerman**

*Laura Ackerman*
*President*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
### WICHITA DIVISION

IN RE:   **Complete Landscaping Systems Inc**                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 | | Taxes | Disputed | **$954,270.27** |
| Snowbiz Inc of America<br>PO Box 16603<br>Chicago IL 60616 | | Business Services | | **$361,429.20** |
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>915 SW Harrison<br>Topeka KS  66612-2005 | | Taxes | Disputed | **$335,368.73** |
| Green Scene Inc<br>3515 Stern Dr<br>Saint Charles IL 60174 | | Business Services | | **$181,722.78** |
| GMI National Service Company<br>Todd J Harlow<br>Lynn Tillotoson Pinker Cox LLP<br>2100 Ross Avenue Suite 2700<br>Dallas TX 75201 | | Lawsuit | Disputed | **$175,000.00** |
| Hinkle Law Firm<br>301 N Main St Suite 2000<br>Wichita KS 67202-4820 | | Business Services | | **$163,409.06** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
### WICHITA DIVISION

IN RE:  **Complete Landscaping Systems Inc**                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Oakridge Lawn and Snow Inc<br>PO Box 26<br>Clawson MI 48017 | | Lawsuit | *Disputed* | **$148,689.20** |
| Lawns Plus Inc<br>6082 NW Beaver Dr Suite A<br>Johnston IA 50131 | | Lawsuit | *Disputed* | **$142,519.39** |
| Hadden Landscaping Inc<br>2121 E Pecan Lane<br>Plano TX 75074 | | Lawsuit | | **$181,274.65**<br><br>**Value: $60,357.50** |
| Smith Brothers Lawn Maintenance Inc<br>13245 Atlantic Blvd Suite 345<br>Jacksonville FL 32225 | | Business Services | | **$92,146.31** |
| Chads Landscaping Inc<br>1277 S Hospital Rd<br>Waterford MI 48327 | | Lawsuit | *Disputed* | **$88,440.64** |
| DRS Lawn and Landscape LLC<br>PO Box 528<br>Long Valley NJ 07853 | | Lawsuit | *Disputed* | **$82,659.76** |
| Hometown Lawn LLC<br>2003 Santa Fe Suite C<br>Olathe KS 66062 | | Business Services | | **$82,156.27** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

IN RE:  **Complete Landscaping Systems Inc**          Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fernando Cruzado<br>7801 East Oakmount<br>Wichita KS 67226 | | Lawsuit | | **$80,000.00** |
| Aerations Plus Inc<br>3035 Lower Hill Road<br>Powhatan VA 23139 | | Business Services | | **$72,846.12** |
| Scenic Landscaping and Maintenance<br>3653 Cagney Drive Suite 205<br>Tallahassee FL 32309 | | Business Services | | **$71,274.49** |
| Johnsons Garden Center Inc<br>2707 West 13th N<br>Wichita KS 67203-1806 | | Lawsuit | | **$70,774.33**<br><br>**Value: $0.00** |
| Michael Huffman<br>dba Huffs Tree Service<br>201 W 42nd St North<br>Wichita KS 67204 | | Lawsuit | | **$66,479.30** |
| Hoots Lawn Care LLC<br>PO Box 667<br>Burleson TX 76097 | | Business Services | | **$61,386.00** |
| Landscapeworks Inc<br>1137 Goffle Rd<br>Hawthorne NJ 07506 | | Business Services | | **$56,758.82** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

IN RE:   **Complete Landscaping Systems Inc**                              Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**9/30/2013**_____        Signature:__**/s/ Laura Ackerman**_____
                                                                                                  ***Laura Ackerman***
                                                                                                  **President**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:    **Complete Landscaping Systems Inc**                    CASE NO

                                                                  CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/30/2013                                   Signature   _/s/ Laura Ackerman_
                                                              **Laura Ackerman**
                                                              **President**


Date _____            Signature _____

| | | |
|---|---|---|
| 4T Total Lawn Inc<br>10960 Elcher Drive<br>Lenexa KS 66219 | Action Business Forms<br>3202 W 13th St North<br>Wichita KS 67203 | American Lawn and Landscape Inc<br>101 West 29th Suite G333<br>Pittsburg KS 66762 |
| A and T Lawn Care<br>6479 Corina Curve<br>Machesney Park IL 61103 | ADT Security<br>Attn Bankruptcy<br>PO Box 371956<br>Pittsburgh PA 15250-7956 | AmeriGreen LLC<br>1760 Renaissance Drive<br>Niles MI 49120 |
| A Better Lawn and Snow LLC<br>1617 West 14th<br>Sioux City IA 51103 | Aerations Plus Inc<br>3035 Lower Hill Road<br>Powhatan VA 23139 | AMS Labs<br>2916 E Central Ave<br>Wichita, KS 67214 |
| A Team Lawn and Snow<br>10345 Valley Creek Dr<br>Goodrich MI 48438 | Agape Outdoor Solutions<br>PO Box 954<br>Argyle TX 76226 | Angels Landscape Contractors Inc<br>PO Box 638<br>Garfield NJ 07026 |
| A to Z Dirt Construction<br>PO Box 95<br>Copeland KS 67837 | Agrium Advanced Technologies In<br>Attn Bankruptcy<br>PO Box 532076<br>Atlanta GA 30353-2076 | Arends Landscape<br>109 Beach Drive<br>Clear Lake IA 50428 |
| Aaron M Luman<br>4830 N Glendale<br>Bel Aire KS 67220 | Airgas Mid South Inc<br>Attn Bankruptcy<br>PO Box 676015<br>Dallas TX 75267-6015 | Ariba Inc PNC Bank<br>Attn Bankruptcy<br>PO Box 642962<br>Pittsburgh PA 15264-2962 |
| ABC Home and Commercial Service<br>9475 E Highway 290<br>Austin TX 78724 | All Around Landscaping Inc<br>PO Box 8290<br>Springdale AR 72766 | Arkansas Dept of Finance and Adm<br>1509 West 7th Street<br>Little Rock AR 72201 |
| Absolute Landscapes<br>5803 Pierce Manse<br>Benton AR 72019 | All Green Lawncare<br>301 Hammond Dr Suite E4<br>Hot Springs AR 71913 | Arkansas Dept of Workforce Svcs<br>2 Capitol Mall<br>Little Rock AR 72201 |
| Acme Landscape Management<br>PO Box 3132<br>Kingsport TN 37664 | Allied Insurance<br>Attn Bankruptcy<br>PO Box 10479<br>Des Moines IA 50306-0479 | Arkansas Sales Tax<br>Dept of Finance and Administrat<br>PO Box 3861<br>Little Rock AR 72203-3628 |
| Acme Waste Systems LLC<br>1402 S Auburn Hills<br>Wichita KS 67235 | Altered Grounds Outdoor Service<br>4937 Redwood Ln<br>Granite City IL 62040 | Arnetts Landscaping and Garden<br>67297 US 131<br>Constantine MI 49042 |

Ashborough HOA
PO Box 538
Derby, KS 67037

Badger Lawn Care LLC
66842 Oakridge
Lawton MI 49065

Bingham Lawn and Snow
34805 Ash Street
Wayne MI 48184

AT&T Advertising
Attn Bankruptcy
PO Box 5010
Carol Stream IL 60197-5010

Bank of America
PO Box 982234
El Paso TX 79998-2234

BKD
1551 N Waterfront Pkwy Suite 30
Wichita KS 67206

AT&T Claims
Attn Bankruptcy
909 Chestnum St Room 39 N 13
Saint Louis MO 63101-3099

Bank of America
PO Box 15019
Wilmington DE 19850-5019

Blade Runners Inc
3150 Spring St
Fairfax VA 22031

Aurelian Landscape and Mgmt Ser
11726 Greenada Drive
Jacksonville FL 32258

Bankers Bank of Kansas
555 N Woodlawn Blvd
Wichita KS 67208

Blades Lawn Service
PO Box 53
Mc Gaheysville VA 22840

Austin Distributing and Mfg Cor
Attn Bankruptcy
PO Box 7890
Amarillo TX 79114-7890

Barrios Landscaping
1309 W Sprague
McAllen TX 78504

Bluegrass Lawn and Landscape In
781 Hull Road
Mason MI 48854

Austins Lawn Care and Landscapi
9150 Jump Circle
Mechanicsville VA 23116

Bellas Lawn and Landscape
4621 West Bancroft
Toledo OH 43615

Bluegrass Lawncare of St Louis
13852 Ferguson Lane
Bridgeton MO 63044

Award Lawns
PO Box 6831
Bryan TX 77805

Benjamin and William Credit Inv
5485 Expressway Drive North
Hotsville NY 11742

Boesen the Florist LLC
3422 Beaver Avenue
Des Moines IA 50310

Aynes Enterprises
2050 Cedar Oaks Trail
Edmond OK 73034

Better Business Bureau of KS In
345 N Riverview St Suite 720
Wichita KS 67203

Boulder Landscape Const Inc
PO Box 656
Schoolcraft MI 49087

B and B Precision Mowing
2210 Belchery Court Dr
Clearwater FL 33764

Big Tex Tree and Lawn Service
15678 CR 46
Tyler TX 75704

BPCAL LLC
PO Box 232
Lake Oswego, OR 97034

B and C Sump Grinding
9879 42nd
Rock KS 67131

Bills American Muffler
3303 S Seneca
Wichita KS 67217-3350

Brandon A Skinner
1250 Eastgate Dr
Kendallville IN 46755

Brandon C Hubbard
Dickinson Wright PLLC
215 S Washington Square Suite 2
Lansing MI 48933-1816

California State Income Tax
Franchise Tax Board
PO Box 942840
Sacramento CA 94240-0040

Central Ag Wheel and Tire
4106 Esthner
Wichita KS 67209


BREC Lawn Services
10345 Valley Creek Drive
Goodrich MI 48438

Calvin D Rider or Brooks Severs
Fleeson Gooing Coulson Kitch LL
1900 Epic Center
301 N Main
Wichita KS  67202

Central Arkansas Landscapes LLC
204 Lonsdale Circle
Jacksonville AR 72076


Briens Services Inc
815 North Union
Milford MI 48381

Candace L Wilson
1801 E Saginaw St Suite F
Lansing MI 48912

Central Iowa Striping
7131 NW 6th Drive
Ankeny IA 50023


Brooks Landscape LLC
1225 N Walnut
McPherson KS 67460

Cannon Lawns Service
9460 FM 1002
Big Sandy TX 75755

Chads Landscaping Inc
1277 S Hospital Rd
Waterford MI 48327


Bryan Snells Lawn Service
2079 Tall Tree Ln
Springdale AR 72762

Capital Guardian Trust Co
Attn Bankruptcy
PO Box 6007
Indianapolis IN 46206

Chicago Service Group Inc
2500 West 36th St
Chicago IL 60632


Burke and Collins Prev Maint
123 Princeton Rd
Audubon NJ 08106

Capital Landscape Contractors I
PO Box 110-198
Nutley NJ 07110

Cirus Water and Roaster Joes
4430 W 29th Circle South
Wichita KS 67215


Buscher Lawn Care
1427 E Lucas St
Algona IA 50511

Carl Davis
Davis and Jack LLC
2121 W Maple St
Wichita KS 67213

City Blue Print Inc
PO Box 544
Wichita KS 67201


C and N Home Maint and Repair
179 2951 Ln
Niotaze KS 67355

Carol King Landscape Maintenanc
7032 Old Cheney Highway
Orlando FL 32807

City of Bel Aire Kansas
Kansas Dept of Community Develop
7651 E Central Park Ave
Wichita KS 67226-7600


California Payroll and Unemploy
PO Box 826880
Sacramento CA 94280-0001

Cartridge King of Kansas
2109 Industrial Dr
McPherson KS 67460

City of Wichita
1900 E 9th St
Wichita, KS 67214


California Sales Tax
State Board of Equalization
PO Box 942879
Sacramento CA 94279-0001

CB Richard Ellis Inc
170 Wood Avenue South
Iselin, NJ 08830

City of Wichita Public Works
Attn Bankruptcy
455 North Main Street
Wichita KS 67202

CJs Lawn Service
2504 Liberty Hall Rd
Junction City KS 66441

Cox Communications
Attn Bankruptcy
PO Box 248871
Oklahoma City OK 73124-8871

D and D Professional Mowing
17165 N Crownview Dr
Centralia MO 65240

Clean Cut Lawncare
1325 Missourie Avenue
Joplin MO 64801

Cranmer Grass Farm Inc
6121 N 119th Street
Maize KS 67101

D Cameron Beck and Melissa York
Morris and Morris PC
PO Box 30
Richmond VA 23218

Clear Channel Outdoor
3405 N Hydraulic
Wichita KS 67219

Cremers Lawn and Landscape Serv
10 Kimball Rd
Ponca City OK 74604

Dach Fence Co
4901 Business 20 W
Rockford IL 61102

Clear Channel Outdoor Inc
3405 N Hydraulic
Wichita KS 67219

Crown Inc
2820 A Ave E
Spencer IA 51301

Daniels Lawn Service Inc
PO Box 2273
Rolla MO 65402

Colonial Hills Landscaping Inc
3365 North Fincher Lane
Fayetteville AR 72703

Cullers Lawn Care
900 West Fort Scott St
Butler MO 64730

Darin Campbell and LLI Inc
8122 Mystic Lakes South
Maize KS 67101

Commercial Landscape
PO Box 25034
Lansing MI 48909

Custom Landscape Contractors
2411 US Rt 22 SW
Washington Court House OH 43160

Dashawn A Williams
2431 N Hathway Circle
Wichita KS 67226

Community Living Facilities
1006 E Waterman
Wichita, KS 67211

Custom Lawn and Landscape Inc
15204 S Keeler Street
Olathe KS 66062-2715

Daves Concrete Products Inc
79811 M40
Lawton MI 49065-9355

Conoco
Attn Bankruptcy
PO Box 688931
Des Moines IA 50368-8931

Custom Lawn Care
8201 Prairie View Rd
Harrison AR 72601

Daves Lawn Care Inc
PO Box 283
Chatham NJ 07928

Convergent Outsourcing
Attn Bankruptcy
PO Box 9004
Renton WA 98057

Custom Water Garden and Landsca
PO Box 224
Manhattan KS 66505

David L Rein
Husch Blackwell
4801 Main Street Suite 1000
Kansas City MO 64112

Cornejo Materials LLC
PO Box 16204
Wichita KS 67216

Cut N Vac
4271 Roberts Avenue
Bethlehem PA 18015

David R Russell
Foster Swift Collins and Smith
313 South Washington Square
Lansing MI 48933

Deonde R Crawford
1707 Millair
Wichita KS 67219

Eastern Shore Landscape Mgmt In
PO Box 550
Belle Haven VA 23306

Falcons Tractor Works
701 S Hwy 77
Newkirk OK 74647

Designwise Landscaping
6600 S 119th St West
Clearwater KS 67026

Eduardo Galvan
424 N New York
Wichita KS 67214

Farha Carpet and Bldg Supplies
808 W Harry
Wichita, KS 67213

Dillons Stores
PO Box 1608
Hutchinson, KS 67504

Elite Lawn Services
304 E Maple St
Archie MO 64725

Fast Cash
2405 E 21st N
Wichita, KS 67214

Discover Merchant Services
PO Box 30943
Salt Lake City UT 84130-0943

Enviro Care
PO Box 8174
Tyler TX 75711

Fedex
Attn Bankruptcy
PO Box 94515
Palatine IL 60094-4515

Discover Network
2500 Lake Cook Road
Riverwoods IL 60015

Equity Bank
7701 E Kellogg Suite 100
Wichita KS 67207

Fernando Cruzado
7801 East Oakmount
Wichita KS 67226

Donnies Lawn Care
100 Lady Elaine St
Lagrange GA 30241

Evans Trucking
Attn Michael Evans
47796 Hwy 154
Vandalia MO 63382

First Insurance Funding Corp
Attn Bankruptcy
PO Box 66468
Chicago IL 60666-0468

Double J Lawn and Landscape
1619 W Spring Creek Pkwy
Plano TX 75023

Evergreen Recycle LLC
American Business Finance LLC
Attn Bankruptcy
PO Box 268957
Oklahoma City OK 73126-8957

Fiscal Affairs
Wichita Police Dept
455 N Main St
Wichita, KS 67202

Down to Earth Cedar Products In
13213 Red Arrow Hwy
Sawyer MI 49125

Executive Mgmt Svcs Inc
PO Box 502426
Indianapolis, IN 46250

Five Star Landscape and Irrigat
2200 N FM 157
Venus TX 76084

DRM Maintenance and Management
PO Box 101
Dundee MI 48131

Ezequiel Chavez
629 S Greenwood
Wichita KS 67211

Florida Sales Payroll and Reemp
5050 W Tennessee Street
Tallahassee FL 32399-0100

DRS Lawn and Landscape LLC
PO Box 528
Long Valley NJ 07853

F and F Snow Removal
2086 Highland Ave
Salina KS 67401

Fountain Lawn Care
314 Hilltop Drive
Midway FL 32343

Fox Lawn and Landscaping
2086 Highland Ave
Salina KS 67401

GMI National Service Company
Todd J Harlow
Lynn Tillotoson Pinker Cox LLP
2100 Ross Avenue Suite 2700
Dallas TX 75201

Green Growers Lawncare and Land
800 McLain
Newton KS 67114

Frank J Driscoll Jr PLLC
192 Ballard Court Suite 310
Virginia Beach VA 23462

GMS LLP
Attn Bankruptcy
PO Box 601313
Dallas TX 75360

Green Guy Grass Cutters Company
5907 Johns Road
Tampa FL 33634

Franks C Green Landscapes
76 Church Street
Allentown NJ 08501

Go Green LawnCare LLC
3324 Johnson Rd
Petersburg VA 23805

Green Scene Inc
3515 Stern Dr
Saint Charles IL 60174

Fullers Lawn Service
4109 CR 2206
Greenville TX 75402

Good Ole Boy Moving and Snow Re
218 N Chestnut
Lindsborg KS 67456

GreenLeaf Land Care and Snow Re
2911 Wildbrook Dr
Southfield MI 48034

Galway Group Inc
PO Box 431
Conshohocken PA 19428

Gordons Landscapes LLC
PO Box 2371
Lawton OK 73502

Greenscape Lawn Service
521 W Nicholson
Harrison AR 72601

Gas Lawn Pros
502 W Pine St
Liberal KS 67901

Gottlob Lawn and Landscape LLC
5001 E 9th
Winfield KS 67156

GreenTouch Lawn and Tree
3530 SE 21st
Topeka KS 66607

GE Capital Retail Bank
Attn Bankruptcy
PO Box 960061
Orlando FL 32896-0061

GPS Insight LLC
Attn Bankruptcy
21803 N Scottsdale Rd Suite 220
Scottsdale AZ 85255

Gregory A Schwartz
200 W 13th St
Hays KS 67601

Genesis Landscaping Service
1425 Short Horn CV
Round Rock TX 78665

Grasshoppers Services
12226 Brownstone St
Live Oak TX 78233

Gregory D Cain
4225 S Handley
Wichita KS 67217

Georgia Department of Labor
148 Andrew Young Intl Blvd NE
Atlanta GA 30303

Great Lakes Snow Systems Inc
PO Box 5237
Elgin IL 60121

H and S Maintenance Inc
PO Box 3774
Hot Springs AR 71914

Georgia Dept of Revenue Headqua
1800 Century Center Blvd NE
Atlanta GA 30345

Greater Texas Landscape Service
1141 Penion Dr
Austin TX 78748

Habitat Lndscape Management
785 CR 1401
Jacksonville TX 75766

Hadden Landscaping Inc
2121 E Pecan Lane
Plano TX 75074

HMA Medworks Occupational Healt
3810 W Bounous
Wichita KS 67213

Huber Lawn and Home Services
1012 Theron Place
Garden City KS 67846

Hamilton Stephens Steele and Ma
201 S College Street Suite 2020
Charlotte NC 28244-2020

Holders Lawn and Landscape
5428 E 88th St
Tulsa OK 74137

Hutton Construction
2229 S West Street
Wichita KS 67213

Hampel Oil Distributors
Attn Bankruptcy
PO Box 875477
Kansas City MO 64187-5477

Holly Higgins
1839 S Parkwood Lane
Wichita KS 67218

Illinois Department of Revenue
BK Unit Level 7 425
100 Randolph St
Chicago IL 60601

Hawkeye Lawn Care and Snow Remo
11648 SE 36th Ave
Runnells IA 50237

Home and Commercial Cleaning Sv
PO Box 529
Wytheville VA 24382

Illinois Dept of Employment Sec
Bankruptcy Section
401 S State Street 4th Floor
Chicago IL 60605

Hayloft Properties
27124 Grummand Ave
Tea, SD  57064

Home Depot Credit Services
PO Box 653001
Dallas TX 75265-3001

Incorp Services Inc
Attn Bankruptcy
PO Box 94438
Las Vegas NV 89193-4438

Heartland Harvest
PO Box 1411
Deerfield IL 60015

Hometown Lawn LLC
2003 Santa Fe Suite C
Olathe KS 66062

Indiana Department of Revenue
Bankruptcy Section  MS 108
100 N Senate Ave N240
Indianapolis IN 46204

Heriberto Valles
1844 N Burns St
Wichita KS 67203

Hoots Lawn Care LLC
PO Box 667
Burleson TX 76097

Indiana Dept of Workforce Devel
Indiana Government Center South
10 North Senate Avenue
Indianapolis IN 46204

Hewetts Lawn Service
107 Cannon Lane
Bastrop TX 78602

Hopkins and Huebner PC
2700 Grand Ave Suite 111
Des Moines IA 50312

Intermarc
1236 N Mosley
Wichita KS 67214

Hinkle Law Firm
301 N Main St Suite 2000
Wichita KS 67202-4820

Houseworth Enterprises
PO Box 238
Excelsior Springs MO 64024

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

Hite Fanning and Honeyman LLP
100 N Broadway Suite 950
Wichita KS 67202-2209

Huber and Son Lawn Care
3274 Co Rd 19
Bryan OH 43506

Iowa Department of Revenue
Bankruptcy Department
PO Box 10471
Des Moines IA 50306-0471

Iowa Pond Guy LLC
4804 NE Haynes Dr
Ankeny IA 50021

Jeffrey Leonard and Sam Ritchie
Triplett Woolf and Garretson LLC
2959 North Rock Road Suite 300
Wichita KS 67226

Jones Lang LaSalle Americas Inc
200 East Randolph Drive
Chicago Illinois 60601
Attn: Chief Commercial Counsel

Iowa Sales Tax
Sales and Use Tax Processing
Iowa Dept of Revenue
PO Box 10412
Des Moines IA 50306-0469

Jensen Sprinkler
1471 Old Highway 141
Sioux City IA 51106

Jones Lang LaSalle Americas Inc
111 Main Street
White Plains, NY 10601
Attn General Manager

Iowa Workforce Development
Unemployment Insurance
1000 East Grand Avenue
Des Moines IA 50319-0209

Jersey Pro Landscaping
3 Carter Lane
New Egypt NJ 08533

Jorge Pagan De Jesus
400 W Central Apt 1612
Wichita KS 67203

IPFS Corporation
Attn Bankruptcy
24722 Network Place
Chicago IL 60673

Jill M Reinert
249 N Pennsylvania
Wichita KS 67214

Jose A Hernandez
2569 Burns
Wichita KS 67204

ISN Software Corporation
Attn Bankruptcy
PO Box 841808
Dallas TX 75284-1808

JK Lawncare LLC
576 Provinceline Rd
Allentown NJ 08501

Jose Arriazola Sr
1108 E Medina St
Pearsall TX 78061

JAM Landscape and Contracting
PO Box 643
Lehighton PA 18235

John Deere Financial
Attn Bankruptcy
PO Box 650214
Dallas TX 75265-0215

Joseph M Weiler
Alderson Law
2101 SW 21st Street
Topeka KS 66604

James M Talley
Fisher Rushmer Werrenrath et al
PO Box 712
Orlando FL 32802-0712

John Deere Landscapes
5721 W 23rd St
Wichita KS 67205

Joshua D Webster
1139 N Westview
Derby KS 67037

Jaruzels Lawn and Tree Service
239 Tuscola Street
Frankenmuth MI 48734

John E Dennis
451 B Hostetter Rd
New Waverly TX 77358

Joshua T Kelley
6103 E Oxford
Wichita KS 67220

Jasons Lawn Service
2000 E Arapaho Rd Number 22117
Richardson TX 75081

Johns Lawn Care
PO Box 414
Prospect VA 23960

Journal Broadcast Group
PO Box 1402
Wichita, KS 67219

Jeff Graham Construction LLC
204 W New St
Coffeyville KS 67337

Johnsons Garden Center Inc
2707 West 13th N
Wichita KS 67203-1806

JP Land Enterprises LLC
1756 Marla Place
Vineland NJ 08361

JTs Lawn Service
1011 Berkley Dr
Edinburg TX 78539

Kansas Golf and Turf Inc
5701 Chuzy Drive
Wichita KS 67219

Kurt A Holmes PA
445 N Waco St
Wichita KS 67202

JTs Snow Plowing
5735 N State Rd
Alma MI 48801

Kansas Tree and Lawn
2106 Belmont Dr
Emporia KS 66801

Kyle A Wenzel
425 S City View
Wichita KS 67235

Juan B Delgado
2116 N Waco
Wichita KS 67203

Kansas Turnpike Authority
Attn Bankruptcy
PO Box 780007
Wichita KS 67278

Lafarge North America Inc
Attn Bankruptcy
Dept 2424
PO Box 122424
Dallas TX 75312-2424

Juan M Escamilla
1311 N Minnesota Ave
Wichita KS 67214

Kathlyn Wilson
Minter and Pollak
545 N Woodlawn
Wichita KS 67208

Lakos Lawn and Landscape LLC
2160 Co Rd 16
Wauseon OH 43567

Kansas Building Products Inc
PO Box 9463
Wichita KS 67277

Keith Shuttleworth Law Firm
9260 Glenwood St
Overland Park KS 66212

Landscapeworks Inc
1137 Goffle Rd
Hawthorne NJ 07506

Kansas Construction News
PO Box 195
Wichita KS 67201-0195

Kenneth M Clark PA
301 W Central
Wichita KS 67202

Larry Toomey
Toomey Pilgreen LLC
229 E William Suite 201
Wichita KS 67202

Kansas Corporation Commission
Transportation Division
1500 SW Arrowhead Road
Topeka KS 66604-4027

Kings Landscaping LLC
47949 Briar Rose Court
Macomb MI 48044

Lauffers Landscaping LLC
20890 Lawrence 1167
Verona MO 65769

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka KS 66603-1290

Kliewer Landscape Service
2021 Hart Ave
Dodge City KS 67801

Laura Ackerman
11015 E 63rd S
Derby KS 67037

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
915 SW Harrison
Topeka KS  66612-2005

Kramer Land Care Inc
255 E 1400th St
Payson IL 62360

Lawn Care Solutions
5106 SE 30th St
Des Moines IA 50320

Kansas Gas Service
Attn Bankruptcy Team
PO Box 3535
Topeka KS 66601-3535

Kumi C Lane
2590 Eaton Road
University Heights OH 44118

Lawn Design
129 S Beverwyck Rd
Parsippany NJ 07054

Lawn Master
PO Box 645
Tom Bean TX 75489

LSI Staffing Solutions Inc
250 N Kansas
Wichita KS 67214

McDenco Landscaping
19625 W 7 Mile
Detroit MI 48219

Lawns Plus Inc
6082 NW Beaver Dr Suite A
Johnston IA 50131

Maddox Irrigation Inc
46800 Erb Drive
Macomb MI 48042

McDonald Tinker Skaer Quinn
PO Box 207
Wichita KS 67201-0207

Leikers Lawns
809 S St John
Lyons KS 67554

MAGICouncil
PO Box 419264
Kansas City MO 64141

McHenry Garden Center
5100 McCullom Lake Road
McHenry IL 60051

Leonard G Renaud PA
8105 NW 155th Street
Miami Lakes FL 33016

Marathon Data Systems LLC
4810 Belmar Boulevard
Wall Township NJ 07753

McIntyre Asphalt Paving Co
4485 Parker Road
Fort Gratiot MI 48059

Leos Lawn Care
165 Timbercreek Drive
Poteet TX 78065

Mark Kahrs
PO Box 780487
Wichita KS 67278

Meadowgreen Inc
3158 Breton SE
Grand Rapids MI 49512

Lodging Supply
1711 S Hoover Rd
Wichita, KS 67209

Mark Mayfield
Womack Phelps and McNeill PA
301 W Washington Ave
Jonesboro AR 72401

Medical Publishing
Attn Bankruptcy
PO Box 489
Riesel TX 76682

Loewinsohn Flegle Deary LLP
12377 Merit Drive
Suite 900
Dallas TX 75251

Martin D Meraz
409 S Kessler
Wichita KS 67213

Medina Lawncare Inc
3610 North Cicero Ave
Chicago IL 60641

Lone Star Lawn Care
4103 N Texas Ave
Bryan TX 77803

Martinez Lawn Service
PO Box 792
Premont TX 78375

Melvina Wilken
4827 W 13th St N
Wichita KS 67212-1834

Lounsbury Landscaping
6000 Raccoon River Drive
West Des Moines IA 50266

Martins Ground Maintenance
535 Euclid Street
Allentown PA 18103

Michael Huffman
dba Huffs Tree Service
201 W 42nd St North
Wichita KS 67204

Lowes Companies Inc
Attn Bankruptcy
PO Box 530954
Atlanta GA 30353-0954

Mastercheck
Attn Bankruptcy
PO Box 637
Stillwater OK 74076

Michael J Lehman
Bruce Bruce and Lehman
PO Box 75037
Wichita KS 67275

Michigan Department of Treasury
Attn Bankruptcy
Lansing MI 48922

Morgan B Koon
Koon Law Firm LLC
832 N Webb Road Suite 300
Wichita KS 67206

New Jersey Dept the Treasury
Division of Taxation
PO Box 269
Trenton NJ 08695-0269

Michigan Department of Unemploy
Attn Bankruptcy
3024 W Grand Blvd Suite 11 500
Detroit MI 48202

Morris and Morris
PO Box 30
Richmond VA 23218

New Jersey Dept of the Treasury
Division of Revenue
PO Box 628
Trenton NJ 08646-0628

Michigan Irrigation Contracting
14741 Bainbridge
Livonia MI 48154

Morris Ditching
1512 North 9th
Monett MO 65708

New Terrain Landscape Contracti
19 Zeek Road
Morris Plains NJ 07950

Midwest Plowing and Landscape
3881 Kitten Creek Rd
Manhattan KS 66503

Mow Pros
PO Box 209
Ennis TX 75119

New York State Dept of Labor
Building 12
WA Harriman Campus
Albany NY 12240

Mike Billings Lawn Care
99 Lakepoint Drive
Clarksville VA 23927

Mt Vernon Tree and Landscape
8751 37 Mile Road
Romeo MI 48065

New York State Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Millers Lawn and Landscaping Sv
6060 Vreeland Road
Ypsilanti MI 48198

National Payment Processing
PO Box 3429
Thousand Oaks CA 91359

Nitride Solutions
3333 W Pawnee St
Wichita, KS 67213

Minnesota Department of Revenue
600 North Robert St
Saint Paul MN 55101

Nebraska Dept of Labor
Unemployment Insurance
PO Box 94600
Lincoln NE 68509-4600

Noble Lawn Care
PO Box 762
Richmond MO 64085

Minnesota Unemployment Insuranc
1st National Bank Building
332 Minnesota Street Suite E200
Saint Paul MN 55101-1351

Nebraska Dept of Revenue
Nebraska State Office Bldg
301 Centennial Mall South
Lincoln NE 68509-4818

Noel Lawn Service
831 Cole Rd
Monroe MI 48162

Missouri Department of Revenue
Harry S Truman State Office Bld
301 West High Street
Jefferson City MO 65101

New Frontier Lawn and Tree Care
2533 E 36th Cir N
Wichita KS 67219-2303

North and South Enterprises Inc
PO Box 301
Clio MI 48420

Missouri DES Central Office
PO Box 59
Jefferson City MO 65104-0059

New Jersey Dept of Labor and Wk
PO Box 110
Trenton NJ 08625-0110

North Carolina Dept of Revenue
PO Box 25000
Raleigh NC 27640-0640

North Carolina DES
PO Box 25903
Raleigh NC 27611-5903

Oklahoma Withholding Tax
Oklahoma Tax Commission
PO Box 26860
Oklahoma City OK 73126-0860

Penn Forest Services
1114 Moorman Ave
Roanoke VA 24017

Northeast Iowa Lawn Care
2420 200th St
Calmar IA 52132

Omni Management
3450 N Rock Rd Suite 212
Wichita, KS 67226

Peter Orsi
Madden and Orsi
RH Garvey Bldg Suite 100
300 W Douglas
Wichita KS 67202

Northridge Sand LLC
6033 N Ridge Rd
Maize KS 67101

Origer Lawn Service
315 North 7th St
Estherville IA 51334

Peter Salmeron
2401 Timbercreek
WICHITA KS 67204

Oakridge Lawn and Snow Inc
PO Box 26
Clawson MI 48017

Other Side Lawn Service
625 Mango Dr
Virginia Beach VA 23452

Pitney Bowes Postage by Phone
Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874

Oceanside Landscaping LLC
508 Dorothy Court
Chesapeake VA 23323-6673

Outdoor Environments Inc
PO Box 7777
Urbandale IA 50323

Plant and Insect Diagnostic Cli
Iowa State University
327 Bessey Hall
Ames IA 50011

Ohio Department of Taxation
Attn Bankruptcy
4485 Northland Ridge Blvd
Columbus OH 43229

Outside Plant Damage Recovery
9984B West Jewell Ave
Lakewood CO  80232

Poor Boy Lawn and Landscape Svc
1500 Lana Drive
Lebanon MO 65536

Ohio Unemployment
Ohio Dept of Job and Family Svc
30 E Broad Street 32nd Floor
Columbus OH 43215

Panda Restaurant Group Guest Re
Attn: Bankruptcy
P.O. Box 1159
Rosemead, CA 91770

Pratt Tree Farm
10161 SE 25th Ave
Pratt KS 67124

Oklahoma Corporate Income Tax
Oklahoma Tax Commission
PO Box 26800
Oklahoma City OK 73126-0800

Par 4 Landscaping and Lawn Care
PO Box 9542
Wichita KS 67277-0542

Precision Outdoor Services LLC
10434 CR 2180
Whitehouse TX 75791

Oklahoma Landscape Inc
11033 S Delaware Ave
Tulsa OK 74137

Paul Gibson
1015 Stillwell
Wichita, KS 67213

Prewit Construction Inc
PO Box 744
El Dorado KS 67042

Oklahoma Sales Tax
Oklahoma Tax Commission
PO Box 26850
Oklahoma City OK 73126-0850

Paul S Danner
Mound Cotton Wollan and Greengr
60 Park Place
Newark NJ 07102

Professional Property Maintenan
10316 Branson Landing Blvd
Branson MO 65616

Progressive Insurance
Attn Bankruptcy
6300 Wilson Mills Road
Mayfield Village OH 44143

Red Dirt Landscaping
2429 N Council Rd
Bethany OK 73008

Roth Heating and Air
4141 Maple
PO Box 3727
Wichita KS 67201

Protection One
800 E Waterman
Wichita, KS 67202

Reliable Printing Solutions
2230 Michigan Avenue
Santa Monica CA 90404

Roys Mowing
1800 Blue Jay
Webb City MO 64870

Puggis Lawn Care Inc
PO Box 113
Mays Landing NJ 08330

Richardsons Lawn Care
20238 Syracuse
Detroit MI 48234

Rural Missouri Incorporated
3324 Emerald Lane
Jefferson City MO 65109

Quality Cut Lawns LLC
1800 Lakeview Dr
Choctaw OK 73020

Rick Thompson
Martin Pringle Oliver Wallace a
100 N Broadway Suite 500
Wichita KS 67202

Russellville Lawn and Landscape
PO Box 10216
Russellville AR 72812

Quality Lawn Maintenance
PO Box 208
Constantine MI 49042

Rigby Mowing Service
505 9th Ave W
Spencer IA 51301

Rusty Eck Ford
PO Box 783250
Wichita KS 67278-3250

Quality Turf and Irrigation
1500 Lana Drive
Lebanon MO 65536

Rivera Landscaping
2240 Trinity Mills Number 314
Carrollton TX 75006

S and D Landscaping
6342 Glenoak Dr
Norfolk VA 23513

R and R Quality Landscaping LLC
512 Notter Ln
Mount Olive IL 62069

Rivers Lawn Care
PO Box 223
Hornersville MO 63855

Sammarro and Zalarick PA
PO Box 769
Garfield NJ 07026

Raymond A Vincent
Pool and Vincent
430 NW 11th Street
Oklahoma City OK 73103

Robins Landscaping and Pool Svc
207 8th Avenue
South Sioux City NE 68776

Sams Club
PO Box 530981
Atlanta GA 30353

Raymond K Lawyer
137 N Sedgwick
Wichita KS 67203

Rock City Landscaping
130 Karen Cove
Jacksonville AR 72076

Sartin Services Lawncare and Nu
3703 South Culberhouse Road
Jonesboro AR 72402

RC Lawn Care
411 Hansare St
Palm Bay FL 32908

Ron Poarch and Son Lawn Care
5726 Pleasant Shade Drive
Emporia VA 23847

Sauber Service Inc
1500 Cherokee Trail
Jackson MI 49201

Saunders Landscape and Design
PO Box 3268
Muskogee OK 74402

Smith Brothers Lawn Maintenance
13245 Atlantic Blvd Suite 345
Jacksonville FL 32225

Steven Gilfillan
1504 W 5th
Coffeyville KS 67337

Scenic Landscaping and Maintena
3653 Cagney Drive Suite 205
Tallahassee FL 32309

Snowbiz Inc of America
PO Box 16603
Chicago IL 60616

Steves Lawn Care
69 Old Saint Johns Lane
Drums PA 18222

Scenicview Landscaping Inc
PO Box 268
Milford KS 66514

Son Light Landscape
1312 N Main St
Nevada MO 64772

Steves Quality Lawn Care and La
56 Richland Road
Fredericksburg VA 22406

Schumacher Well Drilling Inc
2201 Slagle Dr
Algona IA 50511

South Carolina Dept of Employme
PO Box 995
Columbia SC 29202

Stone Sand Co Inc
PO Box 872
421 Washington
Great Bend KS 67530-0872

Scotts Pro Lawn and Landscape I
410 Urban Dr
Hutchinson KS 67501

South Carolina Dept of Revenue
PO Box 125
Columbia SC 29214

Stouts Landscape and Lawn Svcs
9254 Iowa St
Livonia MI 48150

Sedgwick County Treasurer
525 N Main
Wichita KS 67203

Specialists in Laboratory Medic
929 N Saint Francis St
Wichita KS 67214

Strawser Bros Construction Inc
PO Box 533
Kendallville IN 46755

Seif Lawn Care and Snowplowing
920 Barnum SW
Wyoming MI 49509

St Clair Lawn Care Inc
PO Box 231
Saint Clair MI 48079

Summer Snow LLC
2024 College View Rd
Manhattan KS 66502

Shane Simmons
712 Hila
Derby KS 67037

Stack Landscape
PO Box 3034
Tallahassee FL 32315

Superior Lawn and Sealcoat
139 Bobbis Terrace
New Egypt NJ 08533

Sharums Garden Center
PO Box 6531
Fort Smith AR 72906

Stan the Yardman
1806 Greenway
Gilmer TX 75644

Superior Lawn Care LLC
2858 South Main Street
Ann Arbor MI 48103

Skeens Lawn Service
123 Warehouse Street
Weber City VA 24290

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 666
Trenton NJ 08646

Superior Service Company Inc
840 E Murdock
Wichita KS 67214

Sure Tree Landscaping Inc
583 CR 4015
Mount Pleasant TX 75455

The Tap of Kansas
620 S Washington
Wichita KS 67211

Todd Butler
Butler and Associates PA
3706 S Topeka Blvd Suite 300
Topeka KS 66609

Sycamore Village HOA
7917 E 24th St N
Wichita, KS 67226

The Tire Store Inc
1458 S Broadway
Wichita KS 67211

Torres Lawn Service
PO Box 187
Dumas TX 79029

T and J Landscaping and Snow Re
35426 Cordelia
Clinton Township MI 48035

Thee Lawn Service
73 McGahee Rd
Sulphur Springs TX 75482

Tree Top Nursery
5910 East 37th North
Wichita KS 67220

T and N Incorporated
PO Box 240
Foristell MO 63348-0240

Thomas Murphy
Hopkins and Huebner PC
2700 Grand Avenue Suite 111
Des Moines IA 50312-5215

TSP Lawns and Landscapes Inc
PO Box 992
Yorktown VA 23692

T and T Landscaping
529 Martin Rd
Danville VA 24541

Tim A Bowersox
7487 River Country Drive
Weeki Wachee FL 34607

Tuff Turf Landscaping and Groun
2709 Lake Shore Drive
Edinburg TX 78539

Tender Lawn Care
107 South 7th St
Cherokee IA 51012

Tims Lawn Care
23 Garrettsen Drive
Belleville IL 62223

Turf Pro Landscape Design
PO Box 1529
Canton TX 75103

Terminix International
PO Box 616
2205 Marshall Ave
Mattoon IL 61938

Tirzo Garcia Ortega
1123 N Main
Wichita KS 67203

Turfs Up Lawn Care Inc
220 S 11st Street
West Des Moines IA 50265

Texas Comptroller of Public Acc
PO Box 13528 Capitol Station
Austin TX 78711-3528

TJs Maintenance Inc
2409 W Saratoga
Ozark MO 65721

United Rentals Inc
Credit Office 586 File 51122
Los Angeles CA 90074-1122

Texas Workforce Commission
Unemployment Tax Office
PO Box 149037
Austin TX 78714-9037

TK Fast Inc
437 S Hydraulic
Wichita KS 67211-1911

Unrein Earth Design
300 West 40th Street
Hays KS 67601

The Liq
2330 E 21st N
Wichita, KS 67214

TK Fast Inc
437 S Hydraulic
Wichita, KS 67211-1911

Uriel Garcia Gallegos
1852 N Porter
Wichita KS 67203

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202

Wendy R Dyer
1457 S Goebel Cir
Wichita KS 67207

William A McMurry II
11015 E 63rd S
Derby KS 67037

US Chamber of Commerce
Member Processing Center
PO Box 0976
Wilton NH 03086-0976

Wenskes Landscaping and Fencing
1949 St Hwy 159
La Grange TX 78945

Windstream Communications
Attn Bankruptcy
PO Box 580451
Charlotte NC 28258-0451

Via Christi Clinic PA
PO Box 2969
Wichita KS 67201-2969

West Plains Landscaping
3103 Haddock St
West Plains MO 65775

Wolf and Sons Four Seasons
846 SE 38th St
Owatonna MN 55060

Via Christi Hospitals Wichita I
PO Box 47887
Wichita KS 67201

Westar Energy
PO Box 889
Topeka KS 66601

Wolfes Landscape and Irrigation
2310 SE Lakewood Blvd
Topeka KS 66605

Via Christi Occupational Medici
501 N Maize Rd
Wichita KS 67212

WIBA KIBC
445 N Waco
Wichita KS 67202-1160

ZO Landscaping and Supply Inc
17 - 21 Newark Way
Maplewood NJ 07040

Village Inn
3535 S. Meridian Ave.
Wichita, KS  67217

Wichita Alarm Program
PO Box 1162
Wichita KS 67201

Virginia Employment Commission
PO Box 1358
Richmond VA 23218-1358

Wichita Area Builders Associati
730 N Main
Wichita KS 67203

Virginia Withholding Tax
Virginia Dept of Taxation
Office of Customer Services
PO Box 1115
Richmond VA 23218-1115

Wichita Business Journal
121 N Mead Suite 100
Wichita KS 67202

VMC Concrete
2915 N Emporia St
Wichita KS 67219

Wichita Metro Chamber of Commer
350 West Douglas
Wichita KS 67202

W JoAnn Boddie
8011 Blue Stream Lane
Indian Trail NC 28079

Wichita Pump and Supply Co Inc
1010 East 14th Street
Wichita KS 67214