UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| In re: | |
|---|---|
| COMPLETE LANDSCAPING SYSTEMS, INC.<br><br>DEBTOR. | CASE NO: 13-12530-11 |

**NOTICE OF OBJECTION DEADLINE FOR DEBTOR'S
MOTION TO IMPOSE CO-DEBTOR STAY**

OBJECTION DEADLINE: February 5, 2014
HEARING DATE: March 13, 2014 at 10:30 am

YOU ARE HEREBY NOTIFIED that if no objection to the Debtor's Motion to Impose Co-Debtor Stay is filed in writing with the Clerk of the U.S. Bankruptcy Court within fourteen days or by: **February 5, 2014,** said motion will be granted by entry of an order to be prepared and submitted by counsel for movant. If a written objection is timely filed with the Clerk of the Bankruptcy Court at 167 US Courthouse, 401 N. Market, Wichita, KS 67202 a non-evidentiary hearing will be scheduled on:

**March 13, 2014 at 10:30 am
US Courthouse, Room 150
401 N. Market
Wichita, KS 67202**

Hearing will not be held on this Motion unless an objection and/or response is timely filed with the Clerk.

ERON LAW, P.A.
Attorneys for Debtor
*/s/ David P. Eron*
DAVID P. ERON
Kansas Sup. Ct. No. 23429
229 E. William, Suite 100
Wichita, KS 67202
316-262-5500 * 316-262-5559 (fax)
david@eronlaw.net

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

In addition, true and correct copies of the foregoing were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

See Attached Matrix

> */s/ David P. Eron*
> DAVID P. ERON

2

| | | |
|---|---|---|
| Aurelian Landscape and Management Services I<br>PO Box 84<br>co Donald C Astle<br>Wichita, KS 67201-0084 | BlueGrass Lawn & Landscape Inc<br>c/o Rachael A Doyle<br>Martin Pringle Oliver Wallace & Bauer<br>100 N Broadway Ste 500<br>Wichita, KS 67202-2205 | |
| Complete Landscaping Systems, Inc.<br>1727 E 2nd St<br>Wichita, KS 67214-4205 | Equity Bank<br>7701 E. Kellogg<br>Wichita, KS 67207-1706 | GGP Limited Partnership<br>Kristen N. Pate<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 |
| Hadden Landacaping Systems, Inc.<br>c/ o Carl B. Davis<br>PO Bix 12686<br>2121 W Maple<br>Wichita, KS 67213-3315 | Hinkle Law Firm LLC<br>201 North Main Street<br>Suite 2000<br>Wichita, KS 67202-1528 | Johnsons Garden Centers Inc<br>c/o Rachael A Doyle<br>Martin Pringle Oliver Wallace & Bauer<br>100 N Broadway Ste 500<br>Wichita, KS 67202-2205 |
| (p)KANSAS DEPARTMENT OF REVENUE<br>PO BOX 12005<br>TOPEKA KS 66601-3005 | 4T Total Lawn Inc<br>10960 Elcher Drive<br>Lenexa KS 66219-2600 | |
| A Better Lawn and Snow LLC<br>1617 West 14th<br>Sioux City IA 51103-3420 | A Team Lawn and Snow<br>10345 Valley Creek Dr<br>Goodrich MI 48438-8733 | A and T Lawn Care<br>6479 Corina Curve<br>Machesney Park IL 61103-8875 |
| A to Z Dirt Construction<br>Herman Enns<br>PO Box 95<br>Copeland KS 67837-0095 | ABC Home and Commercial Services<br>9475 E Highway 290<br>Austin TX 78724-2303 | ADT Security<br>Attn Bankruptcy<br>PO Box 371956<br>Pittsburgh PA 15250-7956 |
| AMS Labs<br>2916 E Central Ave<br>Wichita, KS 67214-4717 | AT&T Advertising<br>Attn Bankruptcy<br>PO Box 5010<br>Carol Stream IL 60197-5010 | AT&T Claims<br>Attn Bankruptcy<br>909 Chestnum St Room 39 N 13<br>Saint Louis MO 63101-2017 |
| Aaron M Luman<br>4830 N Glendale<br>Bel Aire KS 67220-1429 | Absolute Landscapes<br>5803 Pierce Manse<br>Benton AR 72019-8544 | Acme Landscape Management<br>PO Box 3132<br>Kingsport TN 37664-0132 |
| Acme Waste Systems LLC<br>1402 S Auburn Hills<br>Wichita KS 67235-3423 | Action Business Forms<br>3202 W 13th St North<br>Wichita KS 67203-6600 | Aerations Plus Inc<br>Thomas H Gays II<br>9100 Arboretum Parkway Suite 300<br>Richmond VA 23236-3493 |
| Agape Outdoor Solutions<br>1313 Monroe St<br>Mandeville LA 70448-6026 | Agrium Advanced Technologies<br>2915 Rocky Mountain Ave Ste 400<br>Loveland CO 80538-9048 | Agrium Advanced Technologies Inc<br>Attn Bankruptcy<br>PO Box 532076<br>Atlanta GA 30353-2076 |

| | | |
|---|---|---|
| Airgas Mid South Inc<br>Attn Bankruptcy<br>PO Box 676015<br>Dallas TX 75267-6015 | All Around Landscaping Inc<br>PO Box 8290<br>Springdale AR 72766-8290 | All Green Lawncare<br>301 Hammond Dr Suite E4<br>Hot Springs AR 71913-4073 |
| (p)ALLIED INSURANCE<br>1100 LOCUST STREET D1-7C-0301<br>DES MOINES IA 50391-0301 | Altered Grounds Outdoor Services LLC<br>4937 Redwood Ln<br>Granite City IL 62040-2651 | AmeriGreen LLC<br>1760 Renaissance Drive<br>Niles MI 49120-5206 |
| American Lawn and Landscape Inc<br>101 West 29th Suite G333<br>Pittsburg KS 66762-2696 | Angels Landscape Contractors Inc<br>co Sammarro & Zalarick PA<br>262 Palisade Ave<br>PO Box 769<br>Garfield NJ 07026-0769 | Arends Landscape<br>109 Beach Drive<br>Clear Lake IA 50428-1330 |
| Ariba Inc<br>c o Jeffrey S Nicolet<br>Wagner Falconer & Judd Ltd<br>80 S Eighth St Ste 1700<br>Minneapolis MN 55402-5357 | Ariba Inc PNC Bank<br>Attn Bankruptcy<br>PO Box 642962<br>Pittsburgh PA 15264-2962 | Arkansas Dept of Finance and Admin<br>DFA Revenue Legal Counsel<br>PO Box 1272 Rm 2380<br>Little Rock AR 72203-1272 |
| Arkansas Dept of Workforce Svcs<br>2 Capitol Mall<br>Little Rock AR 72201-1013 | Arkansas Sales Tax<br>Dept of Finance and Administration<br>PO Box 3861<br>Little Rock AR 72203-3861 | Arnetts Landscaping and Garden Ctr<br>67297 US 131<br>Constantine MI 49042-9781 |
| Ashborough HOA<br>PO Box 538<br>Derby, KS 67037-0538 | Aurelian Landscape and Management Services<br>Co Donald C Astle<br>PO Box 84<br>Wichita KS 67201-0084 | Aurelian Landscape and Mgmt Services<br>11726 Greenada Drive<br>Jacksonville FL 32258-2422 |
| Austin Distributing and Mfg Corp<br>Attn Bankruptcy<br>PO Box 7890<br>Amarillo TX 79114-7890 | Austins Lawn Care and Landscaping<br>9150 Jump Circle<br>Mechanicsville VA 23116-5700 | Award Lawns<br>PO Box 6831<br>Bryan TX 77805-6831 |
| Aynes Enterprises<br>2050 Cedar Oaks Trail<br>Edmond OK 73034-9631 | B and B Precision Mowing<br>2210 Belchery Court Dr<br>Clearwater FL 33764-6536 | B and C Sump Grinding<br>9879 42nd<br>Rock KS 67131-9006 |
| BKD<br>1551 N Waterfront Pkwy Suite 300<br>Wichita KS 67206-6601 | BPCAL LLC<br>PO Box 232<br>Lake Oswego, OR 97034-0232 | BREC Lawn Services<br>10345 Valley Creek Drive<br>Goodrich MI 48438-8733 |
| Badger Lawn Care LLC<br>66842 Oakridge<br>Lawton MI 49065-7691 | Bank of America<br>PO Box 15019<br>Wilmington DE 19850-5019 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |

| | | |
|---|---|---|
| Bankers Bank of Kansas<br>555 N Woodlawn Blvd<br>Wichita KS 67208-3675 | Bankers' Bank of Kansas<br>co Minter & Pollak<br>545 N Woodlawn<br>Wichita KS 67208-3645 | Barrios Landscaping<br>1309 W Sprague<br>McAllen TX 78504-9461 |
| Bellas Lawn and Landscape<br>4621 West Bancroft<br>Toledo OH 43615-3945 | Benjamin and William Credit Investigator<br>5485 Expressway Drive North<br>Hotsville NY 11742-1311 | Better Business Bureau of KS Inc<br>345 N Riverview St Suite 720<br>Wichita KS 67203-4269 |
| Big Tex Tree and Lawn Service<br>15678 CR 46<br>Tyler TX 75704-3740 | Bills American Muffler<br>3303 S Seneca<br>Wichita KS 67217-3398 | Bingham Lawn Irrigation &<br>Snow Services LLC<br>Kenneth Bingham II<br>6310 Central<br>Romulus MI 48174-4216 |
| Blade Runners Inc<br>3150 Spring St<br>Fairfax VA 22031-2313 | Blades Lawn Service<br>PO Box 53<br>Mc Gaheysville VA 22840-0053 | Bluegrass Lawn and Landscape Inc<br>781 Hull Road<br>Mason MI 48854-9272 |
| Bluegrass Lawncare of St Louis LLC<br>13852 Ferguson Lane<br>Bridgeton MO 63044-3802 | Boesen the Florist LLC<br>3422 Beaver Avenue<br>Des Moines IA 50310-3298 | Boulder Landscape Const Inc<br>PO Box 656<br>Schoolcraft MI 49087-0656 |
| Brandon A Skinner<br>1250 Eastgate Dr<br>Kendallville IN 46755-9306 | Brandon C Hubbard<br>Dickinson Wright PLLC<br>215 S Washington Square Suite 200<br>Lansing MI 48933-1816 | Briens Services Inc<br>815 North Union<br>Milford MI 48381-1689 |
| Brooks Landscape LLC<br>1225 N Walnut<br>McPherson KS 67460-2424 | Bryan Snells Lawn Service<br>PO Box 8436<br>Springdale AR 72766-8436 | Burke and Collins Prev Maint<br>123 Princeton Rd<br>Audubon NJ 08106-1227 |
| Buscher Lawn Care<br>1427 E Lucas St<br>Algona IA 50511-2156 | C and N Home Maint and Repair<br>179 2951 Ln<br>Niotaze KS 67355-5501 | CB Richard Ellis Inc<br>170 Wood Avenue South<br>Iselin, NJ 08830-2741 |
| CJs Lawn Service<br>2504 Liberty Hall Rd<br>Junction City KS 66441-8481 | California Payroll and Unemployment<br>PO Box 826880<br>Sacramento CA 94280-0001 | California Sales Tax<br>State Board of Equalization<br>PO Box 942879<br>Sacramento CA 94279-0001 |
| California State Income Tax<br>Franchise Tax Board<br>PO Box 942840<br>Sacramento CA 94240-0040 | Calvin D Rider or Brooks Severson<br>Fleeson Gooing Coulson Kitch LLC<br>1900 Epic Center<br>301 N Main<br>Wichita KS 67202-4819 | Candace L Wilson<br>1801 E Saginaw St Suite F<br>Lansing MI 48912-2326 |

Cannon Lawns Service
9460 FM 1002
Big Sandy TX 75755-4669

Capital Guardian Trust Co
Attn Bankruptcy
PO Box 6007
Indianapolis IN 46206-6007

Capital Landscape Contractors Inc
PO Box 110-198
Nutley NJ 07110-0904

Carl Davis
Davis and Jack LLC
2121 W Maple St
Wichita KS 67213-3398

Carol King Landscape Maintenance
7032 Old Cheney Highway
Orlando FL 32807-6218

Cartridge King of Kansas
2109 Industrial Dr
McPherson KS 67460-8128

Central Ag Wheel and Tire
4106 Esthner
Wichita KS 67209-2713

Central Arkansas Landscapes LLC
204 Lonsdale Circle
Jacksonville AR 72076-6322

Central Iowa Striping
7131 NW 6th Drive
Ankeny IA 50023-8988

Chads Landscaping Inc
1277 S Hospital Rd
Waterford MI 48327-4041

Chicago Service Group Inc
2500 West 36th St
Chicago IL 60632-1050

Christina L Gilchrist
fdba RC Lawn Care
c o David G Arst
150 N Main Ste 515
Wichita KS 67202-1319

Cirus Water and Roaster Joes
4430 W 29th Circle South
Wichita KS 67215-1018

City Blue Print Inc
PO Box 544
Wichita KS 67201-0544

City of Bel Aire Kansas
Kansas Dept of Community Development
7651 E Central Park Ave
Wichita KS 67226-7600

City of Wichita
1900 E 9th St
Wichita, KS 67214-3115

City of Wichita Public Works
Attn Bankruptcy
455 North Main Street
Wichita KS 67202-1600

Clean Cut Lawncare
1325 Missourie Avenue
Joplin MO 64801-4960

Clear Channel Outdoor
3405 N Hydraulic
Wichita KS 67219-3807

Colonial Hills Landscaping Inc
3365 North Fincher Lane
Fayetteville AR 72703-4695

Commercial Landscape
PO Box 25034
Lansing MI 48909-5034

Commonwealth of Virginia
Department of Taxation
PO Box 2156
Richmond VA 23218-2156

Community Living Facilities
1006 E Waterman
Wichita, KS 67211-1525

Conoco
Attn Bankruptcy
PO Box 688931
Des Moines IA 50368-8931

Convergent Outsourcing
Attn Bankruptcy
PO Box 9004
Renton WA 98057-9004

Cornejo Materials LLC
PO Box 16204
Wichita KS 67216-0204

Cox Communications
Attn Bankruptcy
PO Box 248871
Oklahoma City OK 73124-8871

Cranmer Grass Farm Inc
6121 N 119th Street
Maize KS 67101-9597

Cranmer Grass Farming Inc
co Calvin Dean Homolka II
200 E First Ste 542
Wichita KS 67202-2110

Cremers Lawn and Landscape Service Inc
10 Kimball Rd
Ponca City OK 74604-5158

| | | |
|---|---|---|
| Cullers Lawn Care<br>900 West Fort Scott St<br>Butler MO 64730-1205 | Cullers Lawn Care<br>co J. Kevin Checkett<br>517 S Main St<br>PO Box 409<br>Carthage MO 64836-0409 | Custom Landscape Contractors<br>2411 US Rt 22 SW<br>Washington Court House OH 43160-8652 |
| Custom Lawn & Landscape, Inc.<br>c/o Shuttleworth Law Firm, LLC<br>9260 Glenwood<br>Overland Park, KS 66212-1365 | Custom Lawn Care<br>8201 Prairie View Rd<br>Harrison AR 72601-5282 | Custom Lawn and Landscape Inc<br>15204 S Keeler Street<br>Olathe KS 66062-2715 |
| Custom Water Garden and Landscaping<br>PO Box 224<br>Manhattan KS 66505-0224 | Cut N Vac<br>4271 Roberts Avenue<br>Bethlehem PA 18015-6131 | Cut-N-Edge, Inc. d/b/a Green Touch Lawn & Tr<br>c/o Joseph M. Weiler<br>2101 SW 21st St.<br>Topeka KS 66604-3174 |
| D Cameron Beck and Melissa York<br>Morris and Morris PC<br>PO Box 30<br>Richmond VA 23218-0030 | D and D Professional Mowing<br>17165 N Crownview Dr<br>Centralia MO 65240-3748 | DRM Maintenance and Management<br>PO Box 101<br>Dundee MI 48131-0101 |
| DRS Lawn and Landscape LLC<br>PO Box 528<br>Long Valley NJ 07853-0528 | Dach Fence Co<br>4901 Business 20 W<br>Rockford IL 61102-1242 | Daniels Lawn Service Inc<br>PO Box 2273<br>Rolla MO 65402-2273 |
| Darin Campbell and LLI Inc<br>8122 Mystic Lakes South<br>Maize KS 67101-8613 | Dashawn A Williams<br>2431 N Hathway Circle<br>Wichita KS 67226-1110 | Daves Concrete Products Inc<br>79811 M40<br>Lawton MI 49065-9355 |
| Daves Lawn Care Inc<br>PO Box 283<br>Chatham NJ 07928-0283 | David L Rein<br>Bruce Campbell Law firm<br>1220 Washington St Ste 202<br>Kansas City MO 64105-1412 | David R Russell<br>Foster Swift Collins and Smith PC<br>313 South Washington Square<br>Lansing MI 48933-2195 |
| Deonde R Crawford<br>1707 Millair<br>Wichita KS 67219-4533 | Designwise Landscaping<br>6600 S 119th St West<br>Clearwater KS 67026-9073 | Dillons Stores<br>PO Box 1608<br>Hutchinson, KS 67504-1608 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Network<br>2500 Lake Cook Road<br>Riverwoods IL 60015-3851 | Donnies Lawn Care<br>100 Lady Elaine St<br>Lagrange GA 30241-1430 |
| Double J Lawn and Landscape<br>1619 W Spring Creek Pkwy<br>Plano TX 75023-4303 | Down to Earth Cedar Products Inc<br>13213 Red Arrow Hwy<br>Sawyer MI 49125-9176 | Dunning & Associates CPAs LLC<br>1401 E Douglas Ave<br>Wichita KS 67211-1607 |

| | | |
|---|---|---|
| Eastern Shore Landscape Mgmt Inc<br>PO Box 550<br>Belle Haven VA 23306-0550 | Eduardo Galvan<br>424 N New York<br>Wichita KS 67214-4145 | Elite Lawn Services<br>304 E Maple St<br>Archie MO 64725-9545 |
| Enviro Care<br>PO Box 8174<br>Tyler TX 75711-8174 | Equity Bank<br>7701 E Kellogg Suite 100<br>Wichita KS 67207-1713 | Evans Trucking<br>Attn Michael Evans<br>47796 Hwy 154<br>Vandalia MO 63382-7026 |
| Evergreen Recycle LLC<br>American Business Finance LLC<br>Attn Bankruptcy<br>PO Box 268957<br>Oklahoma City OK 73126-8957 | Executive Mgmt Svcs Inc<br>PO Box 502426<br>Indianapolis, IN 46250-7426 | Ezequiel Chavez<br>629 S Greenwood<br>Wichita KS 67211-2606 |
| F and F Snow Removal<br>2086 Highland Ave<br>Salina KS 67401-6525 | Falcons Tractor Works<br>701 S Hwy 77<br>Newkirk OK 74647-7003 | Farha Carpet and Bldg Supplies<br>808 W Harry<br>Wichita, KS 67213-4107 |
| Fast Cash<br>2405 E 21st N<br>Wichita, KS 67214-2142 | FedEx Tech Connect Inc as Assignee<br> of FedEx Express/Ground/Freight/Office<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, Tennessee 38116-5017 | Fedex<br>Attn Bankruptcy<br>PO Box 94515<br>Palatine IL 60094-4515 |
| Fernando Cruzado<br>7801 East Oakmount<br>Wichita KS 67226-3530 | First Insurance Funding Corp<br>Attn Bankruptcy<br>PO Box 66468<br>Chicago IL 60666-0468 | Fiscal Affairs<br>Wichita Police Dept<br>455 N Main St<br>Wichita, KS 67202-1677 |
| Five Star Landscape and Irrigation<br>2200 N FM 157<br>Venus TX 76084-3423 | Florida Sales Payroll and Reemployment<br>5050 W Tennessee Street<br>Tallahassee FL 32399-0100 | Fountain Lawn Care<br>314 Hilltop Drive<br>Midway FL 32343-2682 |
| Fox Lawn and Landscaping<br>2086 Highland Ave<br>Salina KS 67401-6525 | Frank J Driscoll Jr PLLC<br>4669 South Blvd<br>Virginia Beach VA 23452-1057 | Franks C Green Landscapes<br>76 Church Street<br>Allentown NJ 08501-1623 |
| Fullers Lawn Service<br>4109 CR 2206<br>Greenville TX 75402-2040 | GE Capital Retail Bank<br>Attn Bankruptcy<br>PO Box 960061<br>Orlando FL 32896-0061 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GGP Jordan Creek LLC<br>Attn: Bankruptcy Services<br>c/o GGP Limited Partnership<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | GMI National Service Company<br>Todd J Harlow<br>Lynn Tillotoson Pinker Cox LLP<br>2100 Ross Avenue Suite 2700<br>Dallas TX 75201-7919 | GMS LLP<br>Attn Bankruptcy<br>PO Box 601313<br>Dallas TX 75360-1313 |

| | | |
|---|---|---|
| GPS Insight LLC<br>Attn Bankruptcy<br>21803 N Scottsdale Rd Suite 220<br>Scottsdale AZ 85255-7446 | Galway Group Inc<br>PO Box 431<br>Conshohocken PA 19428-0431 | Gas Lawn Pros LLC<br>861 Holly Ridge Ct<br>Liberal KS 67901-5508 |
| Genesis Landscaping<br>Steve O'Donnell<br>1425 Short Horn Cv<br>Round Rock TX 78665-1355 | Georgia Department of Labor<br>148 Andrew Young Intl Blvd NE<br>Atlanta GA 30303-1751 | Georgia Dept of Revenue Headquarters<br>1800 Century Center Blvd NE<br>Atlanta GA 30345 |
| Go Green LawnCare LLC<br>3324 Johnson Rd<br>Petersburg VA 23805-2335 | Good Ole Boy Moving and Snow Removal<br>218 N Chestnut<br>Lindsborg KS 67456-2112 | Gordons Landscapes LLC<br>PO Box 2371<br>Lawton OK 73502-2371 |
| Gottlob Lawn and Landscape LLC<br>5001 E 9th<br>Winfield KS 67156-3435 | Grasshoppers Services<br>12226 Brownstone St<br>Live Oak TX 78233-4205 | Great Lakes Snow Systems Inc<br>PO Box 5237<br>Elgin IL 60121-5237 |
| Greater Texas Landscape Services<br>1141 Penion Dr<br>Austin TX 78748-2217 | Green Growers Lawncare and Landscaping<br>800 McLain<br>Newton KS 67114-1649 | Green Guy Grass Cutters Company<br>5907 Johns Road<br>Tampa FL 33634-4452 |
| Green Scene Inc<br>3515 Stern Dr<br>Saint Charles IL 60174-5407 | GreenLeaf Land Care and Snow Removal<br>2911 Wildbrook Dr<br>Southfield MI 48034 | GreenTouch Lawn and Tree<br>3530 SE 21st<br>Topeka KS 66607-2371 |
| Greenscape Lawn Service<br>521 W Nicholson<br>Harrison AR 72601-5019 | Gregory A Schwartz<br>200 W 13th St<br>Hays KS 67601-3702 | Gregory D Cain<br>4225 S Handley<br>Wichita KS 67217-4631 |
| H and S Maintenance Inc<br>PO Box 3774<br>Hot Springs AR 71914-3774 | HMA Medworks Occupational Health Network<br>3810 W Bounous<br>Wichita KS 67213-1203 | Habitat Lndscape Management<br>785 CR 1401<br>Jacksonville TX 75766-0103 |
| Hadden Landscaping Inc<br>2121 E Pecan Lane<br>Plano TX 75074-2001 | Hamilton Stephens Steele and Martin PLLC<br>co Mark Kutny<br>201 S College St Ste 2020<br>Charlotte NC 28244-0028 | Hampel Oil Distributors<br>Attn Bankruptcy<br>PO Box 875477<br>Kansas City MO 64187-5477 |
| Hawkeye Lawn Care and Snow Removal<br>11648 SE 36th Ave<br>Runnells IA 50237-1023 | Hayloft Properties<br>27124 Grummand Ave<br>Tea, SD 57064-8143 | Heartland Harvest<br>PO Box 1411<br>Deerfield IL 60015-6006 |

| | | |
|---|---|---|
| Heriberto Valles<br>1844 N Burns St<br>Wichita KS 67203-2760 | Hewetts Lawn Service<br>197 Trigg Rd<br>Bastrop TX 78602-3213 | Hinkle Law Firm LLC<br>8621 East 21st St N Ste 200<br>Wichita KS 67206-2991 |
| Hite Fanning and Honeyman LLP<br>100 N Broadway Suite 950<br>Wichita KS 67202-2216 | Holders Lawn and Landscape<br>5428 E 88th St<br>Tulsa OK 74137-2936 | Holly Higgins<br>1839 S Parkwood Lane<br>Wichita KS 67218-4521 |
| Home Depot Credit Services<br>PO Box 183176<br>Columbus OH 43218-3176 | Home and Commercial Cleaning Svc Inc<br>PO Box 529<br>Wytheville VA 24382-0529 | Hometown Lawn LLC<br>2003 Santa Fe Suite C<br>Olathe KS 66062-1608 |
| Hoots Lawn Care LLC<br>PO Box 667<br>Burleson TX 76097-0667 | Hopkins and Huebner PC<br>2700 Grand Ave Suite 111<br>Des Moines IA 50312-5213 | Houseworth Enterprises<br>PO Box 238<br>Excelsior Springs MO 64024-0238 |
| Huber Lawn and Home Services<br>1012 Theron Place<br>Garden City KS 67846-5858 | Huber and Son Lawn Care<br>3274 Co Rd 19<br>Bryan OH 43506-9799 | Hutton Construction<br>2229 S West Street<br>Wichita KS 67213-1113 |
| IPFS Corporation<br>Attn Bankruptcy<br>24722 Network Place<br>Chicago IL 60673-1247 | ISN Software Corporation<br>Attn Bankruptcy<br>PO Box 841808<br>Dallas TX 75284-1808 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| Illinois Dept of Employment Security<br>Bankruptcy Section<br>1700 W 18th St<br>Chicago IL 60608-1914 | Incorp Services Inc<br>Attn Bankruptcy<br>PO Box 94438<br>Las Vegas NV 89193-4438 | Indiana Department of Revenue<br>Bankruptcy Section  MS 108<br>100 N Senate Ave N240<br>Indianapolis IN 46204-2231 |
| Indiana Dept of Workforce Development<br>Indiana Government Center South<br>10 North Senate Avenue<br>Indianapolis IN 46204-2201 | Intermarc<br>1236 N Mosley<br>Wichita KS 67214-2714 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 |
| Iowa Department of Revenue<br>Bankruptcy Department<br>PO Box 10471<br>Des Moines IA 50306-0471 | Iowa Dept of Revenue<br>Attn Bankruptcy Unit<br>PO Box 10471<br>Des Moines IA 50306-0471 | Iowa Pond Guy LLC<br>4804 NE Haynes Dr<br>Ankeny IA 50021-6775 |
| Iowa Pond Guy LLC<br>co Dawn Boucher<br>Phil Watson PC<br>535 E Army Post Rd<br>Des Moines IA 50315-6091 | Iowa Sales Tax<br>Sales and Use Tax Processing<br>Iowa Dept of Revenue<br>PO Box 10412<br>Des Moines IA 50306-0412 | Iowa Workforce Development<br>Unemployment Insurance<br>1000 East Grand Avenue<br>Des Moines IA 50319-0209 |

| | | |
|---|---|---|
| JAM Landscape and Contracting<br>PO Box 643<br>Lehighton PA 18235-0643 | JK Lawncare LLC<br>576 Provinceline Rd<br>Allentown NJ 08501-1306 | JP Land Enterprises LLC<br>1756 Marla Place<br>Vineland NJ 08361-2925 |
| JTs Lawn Service<br>1011 Berkley Dr<br>Edinburg TX 78539-2707 | JTs Snow Plowing<br>5735 N State Rd<br>Alma MI 48801-9763 | James M Talley<br>Fisher Rushmer Werrenrath et al<br>PO Box 712<br>Orlando FL 32802-0712 |
| Jaruzels Lawn & Tree Service<br>239 W Tuscola St<br>Frankenmuth MI 48734-1535 | Jason's Lawn Service<br>2000 E Arapaho Rd Number 22117<br>Richardson TX 75081 | Jeff Graham Construction LLC<br>204 W New St<br>Coffeyville KS 67337-1725 |
| Jeffrey Leonard and Sam Ritchie<br>Triplett Woolf and Garretson LLC<br>2959 North Rock Road Suite 300<br>Wichita KS 67226-5100 | Jensen Sprinkler<br>1471 Old Highway 141<br>Sioux City IA 51106-9630 | Jeremy Johnson<br>Johnson's Garden Center Inc<br>2530 N Hoover Rd<br>Wichita KS 67205-1030 |
| Jersey Pro Landscaping<br>3 Carter Lane<br>New Egypt NJ 08533-1922 | Jill M Reinert<br>249 N Pennsylvania<br>Wichita KS 67214-4148 | John Deere Financial<br>Attn Bankruptcy<br>PO Box 650214<br>Dallas TX 75265-0214 |
| John Deere Financial fsb<br>PO Box 6600<br>Johnston IA 50131-6600 | John Deere Landscapes<br>5721 W 23rd St<br>Wichita KS 67205-1009 | John Deere Landscapes<br>Tim Clemons<br>1060 Windward Ridge Pkwy<br>Ste 170<br>Alpharetta GA 30005-3004 |
| John E Dennis<br>451 B Hostetter Rd<br>New Waverly TX 77358-4070 | Johns Lawn Care<br>PO Box 414<br>Prospect VA 23960-0414 | Johnsons Garden Center Inc<br>2707 West 13th N<br>Wichita KS 67203-1897 |
| Jones Lang LaSalle Americas Inc<br>Attn  Chief Commercial Counsel<br>200 East Randolph Drive<br>Chicago IL 60601-6537 | Jones Lang LaSalle Americas Inc<br>Attn General Manager<br>111 Main Street<br>White Plains NY 10601-1710 | Jones Lang LaSalle Americas, Inc.<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654-6465 |
| Jorge Pagan De Jesus<br>400 W Central Apt 1612<br>Wichita KS 67203-4060 | Jose A Hernandez<br>2569 Burns<br>Wichita KS 67204-5835 | Jose Arriazola Sr<br>1108 E Medina St<br>Pearsall TX 78061-4218 |
| Joseph M Weiler<br>Alderson Law<br>2101 SW 21st Street<br>Topeka KS 66604-3174 | Joshua D Webster<br>1139 N Westview<br>Derby KS 67037-2710 | Joshua T Kelley<br>6103 E Oxford<br>Wichita KS 67220-5513 |

| | | |
|---|---|---|
| Journal Broadcast Group<br>PO Box 1402<br>Wichita, KS 67201-1402 | Juan B Delgado<br>2116 N Waco<br>Wichita KS 67203-2432 | Juan M Escamilla<br>1311 N Minnesota Ave<br>Wichita KS 67214-2641 |
| Kansas Building Products Inc<br>PO Box 9463<br>Wichita KS 67277-0463 | Kansas Construction News<br>PO Box 195<br>Wichita KS 67201-0195 | Kansas Corporation Commission<br>Transportation Division<br>1500 SW Arrowhead Road<br>Topeka KS 66604-4027 |
| (p)KANSAS DEPARTMENT OF LABOR<br>ATTN LEGAL SERVICES<br>401 SW TOPEKA BLVD<br>TOPEKA KS 66603-3182 | Kansas Gas Service<br>Attn Bankruptcy Team<br>PO Box 3535<br>Topeka KS 66601-3535 | Kansas Golf and Turf Inc<br>5701 N Chuzy Drive<br>Wichita KS 67219-2308 |
| Kansas Tree and Lawn<br>2106 Belmont Dr<br>Emporia KS 66801-3503 | Kansas Turnpike Authority<br>Attn Bankruptcy<br>PO Box 780007<br>Wichita KS 67278-0007 | Kathlyn Wilson<br>Minter and Pollak<br>545 N Woodlawn<br>Wichita KS 67208-3645 |
| Keith Shuttleworth Law Firm<br>9260 Glenwood St<br>Overland Park KS 66212-1365 | Kenneth M Clark PA<br>301 W Central<br>Wichita KS 67202-1077 | Kings Landscaping LLC<br>47949 Briar Rose Court<br>Macomb MI 48044-2910 |
| Kliewer Landscape Service<br>2021 Hart Ave<br>Dodge City KS 67801-2633 | Kramer Land Care Inc<br>255 E 1400th St<br>Payson IL 62360-2500 | Kumi C Lane<br>2590 Eaton Road<br>University Heights OH 44118-4364 |
| Kurt A Holmes PA<br>445 N Waco St<br>Wichita KS 67202-1161 | Kyle A Wenzel<br>425 S City View<br>Wichita KS 67235-9207 | LAFARGE NORTH AMERICA INC<br>%Pendleton & Sutton LLC<br>1031 Vermont Ste B<br>Lawrence, KS 66044-6002 |
| LSI Staffing Solutions Inc<br>250 N Kansas<br>Wichita KS 67214-4230 | LSI Staffing Solutions Inc<br>co Peter John Orsi II<br>300 W Douglas Suite 1000<br>Wichita KS 67202-2915 | Lafarge North America Inc<br>Attn Bankruptcy<br>Dept 2424<br>PO Box 122424<br>Dallas TX 75312-2424 |
| Lakos Lawn and Landscape LLC<br>2160 Co Rd 16<br>Wauseon OH 43567-9436 | Landscapeworks Inc<br>1137 Goffle Rd<br>Hawthorne NJ 07506-2025 | Larry Toomey<br>Toomey Pilgreen LLC<br>229 E William Suite 201<br>Wichita KS 67202-4009 |
| Lauffers Landscaping LLC<br>20890 Lawrence 1167<br>Verona MO 65769-6293 | Laura Ackerman<br>11015 E 63rd S<br>Derby KS 67037-9343 | Lawn Care Solutions<br>5106 SE 30th St<br>Des Moines IA 50320-3004 |

| | | |
|---|---|---|
| Lawn Design<br>129 S Beverwyck Rd<br>Parsippany NJ 07054-4105 | Lawn Master<br>PO Box 645<br>Tom Bean TX 75489-0645 | Lawns Plus Inc<br>6082 NW Beaver Dr Suite A<br>Johnston IA 50131-1316 |
| Leikers Lawns<br>809 S St John<br>Lyons KS 67554-3410 | Leonard G Renaud PA<br>8105 NW 155th Street<br>Miami Lakes FL 33016-5872 | Leos Lawn Care<br>165 Timbercreek Drive<br>Poteet TX 78065-4541 |
| Lodging Supply<br>1709 S Hoover Rd<br>Wichita KS 67209-2813 | Loewinsohn Flegle Deary LLP<br>12377 Merit Drive<br>Suite 900<br>Dallas TX 75251-3102 | Lone Star Lawn Care<br>4103 N Texas Ave<br>Bryan TX 77803-0560 |
| Lounsbury Landscaping<br>6000 Raccoon River Drive<br>West Des Moines IA 50266-5313 | Lowes Companies Inc<br>Attn Bankruptcy<br>PO Box 530954<br>Atlanta GA 30353-0954 | MAGICouncil<br>PO Box 419264<br>Kansas City MO 64141-9264 |
| Maddox Irrigation Inc<br>46800 Erb Drive<br>Macomb MI 48042-5316 | Manna and Associates<br>PO Box 1117<br>Kearny NJ 07032-7117 | Marathon Data Systems LLC<br>4810 Belmar Boulevard<br>Wall Township NJ 07753-6953 |
| Mark & Cindi Hinton<br>DBA Crown Inc<br>904 2nd Ave SW<br>Spencer IA 51301-5609 | Mark Kahrs<br>PO Box 780487<br>Wichita KS 67278-0487 | Mark Mayfield<br>Womack Phelps & McNeill PA<br>PO Box 3077<br>Jonesboro AR 72403-3077 |
| Mark Mayfield<br>Womack Phelps and McNeill PA<br>301 W Washington Ave<br>Jonesboro AR 72401-2778 | Martin D Meraz<br>409 S Kessler<br>Wichita KS 67213-2329 | Martinez Lawn Service<br>PO Box 792<br>Premont TX 78375-0792 |
| Martins Ground Maintenance<br>535 Euclid Street<br>Allentown PA 18103-6760 | Mastercheck<br>Attn Bankruptcy<br>PO Box 637<br>Stillwater OK 74076-0637 | McDenco Landscaping<br>19625 W 7 Mile<br>Detroit MI 48219-2721 |
| McDonald Tinker Skaer Quinn<br>PO Box 207<br>Wichita KS 67201-0207 | McHenry Garden Center<br>5100 McCullom Lake Road<br>McHenry IL 60050-1525 | McIntyre Asphalt Paving Co<br>4485 Parker Road<br>Fort Gratiot MI 48059-3760 |
| Meadowgreen Inc<br>3158 Breton SE<br>Grand Rapids MI 49512-1750 | Medical Publishing<br>Attn Bankruptcy<br>PO Box 489<br>Riesel TX 76682-0489 | Medina Lawncare Inc<br>3610 North Cicero Ave<br>Chicago IL 60641-3639 |

| | | |
|---|---|---|
| Melvina Wilken<br>1999 N Amidon #130<br>Wichita KS 67203-2158 | Michael Huffman<br>dba Huffs Tree Service<br>201 W 42nd St North<br>Wichita KS 67204-3211 | Michael J Lehman<br>Bruce Bruce and Lehman<br>PO Box 75037<br>Wichita KS 67275-0037 |
| Michigan Department of Treasury<br>Attn Bankruptcy<br>Lansing MI 48922-0001 | Michigan Department of Unemployment<br>Attn Bankruptcy<br>3024 W Grand Blvd Suite 11 500<br>Detroit MI 48202-6024 | Michigan Irrigation Contracting<br>14741 Bainbridge<br>Livonia MI 48154-3645 |
| Midwest Plowing and Landscape<br>3881 Kitten Creek Rd<br>Manhattan KS 66503-9774 | Mike Billings Lawn Care<br>99 Lakepoint Drive<br>Clarksville VA 23927-3511 | Millers Lawn and Landscaping Svcs<br>6060 Vreeland Road<br>Ypsilanti MI 48198-9640 |
| Minnesota Department of Revenue<br>600 North Robert St<br>Saint Paul MN 55101-2228 | Minnesota Unemployment Insurance Program<br>1st National Bank Building<br>332 Minnesota St Ste E200<br>St Paul MN 55101-1351 | Missouri DES Central Office<br>PO Box 59<br>Jefferson City MO 65104-0059 |
| Missouri Department of Revenue<br>Harry S Truman State Office Bldg<br>301 West High Street<br>Jefferson City MO 65101-1517 | Morgan B Koon<br>Koon Law Firm LLC<br>832 N Webb Road Suite 300<br>Wichita KS 67206-1852 | Morris Ditching<br>1512 North 9th<br>Monett MO 65708-1208 |
| Morris and Morris PC<br>Melissa Y York<br>PO Box 30<br>Richmond VA 23218-0030 | Mow Pros Lawn<br>PO Box 209<br>Ennis TX 75120-0209 | Mt Vernon Tree and Landscape<br>8751 37 Mile Road<br>Romeo MI 48065-1302 |
| National Payment Processing<br>PO Box 3429<br>Thousand Oaks CA 91359-0429 | Nebraska Dept of Labor<br>Unemployment Insurance<br>PO Box 94600<br>Lincoln NE 68509-4600 | Nebraska Dept of Revenue<br>Nebraska State Office Bldg<br>301 Centennial Mall South<br>Lincoln NE 68508-2529 |
| New Frontier Lawn and Tree Care<br>2533 E 36th Cir N<br>Wichita KS 67219-2303 | New Jersey Dept of Labor and Wkfc Dev<br>PO Box 379<br>Trenton NJ 08625-0379 | New Jersey Dept of the Treasury<br>Division of Taxation<br>PO Box 269<br>Trenton NJ 08695-0269 |
| New Terrain Landscape Contracting Inc<br>19 Zeek Road<br>Morris Plains NJ 07950-1115 | New York State Dept of Labor<br>Building 12<br>WA Harriman Campus<br>Albany NY 12240-0001 | New York State Dept of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany NY 12205-0300 |
| Nicholas R. Grillot<br>Redmond & Nazar, LLP<br>245 N. Waco, Ste 402<br>Wichita, KS 67202-1117 | Nitride Solutions<br>3333 W Pawnee St<br>Wichita, KS 67213-1829 | Noble Lawn Care<br>PO Box 762<br>Richmond MO 64085-0762 |

| | | |
|---|---|---|
| Noel Lawn Service<br>831 Cole Rd<br>Monroe MI 48162-4141 | North Carolina DES<br>PO Box 25903<br>Raleigh NC 27611-5903 | North Carolina Dept of Revenue<br>PO Box 25000<br>Raleigh NC 27640-0640 |
| North and South Enterprises Inc<br>PO Box 301<br>Clio MI 48420-0301 | Northeast Iowa Lawn Care<br>2420 200th St<br>Calmar IA 52132-7638 | Northridge Sand LLC<br>6033 N Ridge Rd<br>Maize KS 67101-8859 |
| Oakridge Lawn and Snow Inc<br>PO Box 26<br>Clawson MI 48017-0026 | Oceanside Landscaping LLC<br>508 Dorothy Court<br>Chesapeake VA 23323-6673 | Ohio Department of Taxation<br>Attn Bankruptcy<br>4485 Northland Ridge Blvd<br>Columbus OH 43229-6596 |
| Ohio Unemployment<br>Ohio Dept of Job and Family Svcs<br>30 E Broad Street 32nd Floor<br>Columbus OH 43215-3414 | Oklahoma Corporate Income Tax<br>Oklahoma Tax Commission<br>PO Box 26800<br>Oklahoma City OK 73126-0800 | Oklahoma Landscape Inc<br>11033 S Delaware Ave<br>Tulsa OK 74137-6507 |
| Oklahoma Sales Tax<br>Oklahoma Tax Commission<br>PO Box 26850<br>Oklahoma City OK 73126-0850 | Oklahoma Withholding Tax<br>Oklahoma Tax Commission<br>PO Box 26860<br>Oklahoma City OK 73126-0860 | Omni Management<br>3450 N Rock Rd Suite 212<br>Wichita, KS 67226-1352 |
| Origer Lawn Service<br>315 North 7th St<br>Estherville IA 51334-1920 | Other Side Lawn Service<br>625 Mango Dr<br>Virginia Beach VA 23452-4413 | Outdoor Environments Inc<br>PO Box 7777<br>Urbandale IA 50323-7777 |
| Outside Plant Damage Recovery<br>9984B West Jewell Ave<br>Lakewood CO 80232-6486 | Panda Restaurant Group Guest Relations<br>Attn: Bankruptcy<br>P.O. Box 1159<br>Rosemead, CA 91770-1011 | Par 4 Landscaping and Lawn Care<br>PO Box 9542<br>Wichita KS 67277-0542 |
| Paul Gibson<br>1015 Stillwell<br>Wichita, KS 67213-4450 | Paul S Danner<br>Mound Cotton Wollan and Greengrass<br>60 Park Place<br>Newark NJ 07102-5567 | Penn Forest Services<br>1114 Moorman Ave<br>Roanoke VA 24017-5738 |
| Peter Orsi<br>Madden and Orsi<br>RH Garvey Bldg Suite 100<br>300 W Douglas<br>Wichita KS 67202-4293 | Peter Salmeron<br>2401 Timbercreek<br>WICHITA KS 67204-2564 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 |
| Pitney Bowes Postage by Phone<br>Purchase Power<br>PO Box 371874<br>Pittsburgh PA 15250-7874 | Plant and Insect Diagnostic Clinic<br>Iowa State University<br>327 Bessey Hall<br>Ames IA 50011-0001 | Poor Boy Lawn and Landscape Svc<br>1500 Lana Drive<br>Lebanon MO 65536-4623 |

| | | |
|---|---|---|
| Pratt Tree Farm<br>10161 SE 25th Ave<br>Pratt KS 67124-8193 | Precision Outdoor Services LLC<br>Scott Tyner<br>10434 CR 2180<br>Whitehouse TX 75791-5933 | Prewit Construction Inc<br>PO Box 744<br>El Dorado KS 67042-0744 |
| Professional Property Maintenance LLC<br>10316 Branson Landing Blvd<br>Branson MO 65616-2418 | Progressive Insurance<br>Attn Bankruptcy<br>6300 Wilson Mills Road<br>Mayfield Village OH 44143-2182 | Protection One<br>800 E Waterman<br>Wichita, KS 67202-4730 |
| Puggis Lawn Care Inc<br>PO Box 113<br>Mays Landing NJ 08330-0113 | Quail Springs Mall, LLC<br>Attn: Bankruptcy Services<br>c/o GGP Limited Partnership<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | Quality Cut Lawns LLC<br>Raymond A Vincent<br>430 NW 11th Street<br>Oklahoma City OK 73103-3914 |
| Quality Lawn Maintenance<br>PO Box 208<br>Constantine MI 49042-0208 | Quality Turf and Irrigation<br>1500 Lana Drive<br>Lebanon MO 65536-4623 | R and R Quality Landscaping LLC<br>512 Notter Ln<br>Mount Olive IL 62069-2758 |
| RC Lawn Care<br>co Brad Jackson<br>3701 Turtle Creek Blvd Ste 12G<br>Dallas TX 75219-5535 | Raymond A Vincent<br>Pool and Vincent<br>430 NW 11th Street<br>Oklahoma City OK 73103-3914 | Raymond K Lawyer<br>137 N Sedgwick<br>Wichita KS 67203-5645 |
| Red Dirt Landscaping<br>PO Box 685<br>Bethany OK 73008-0685 | Reliable Printing Solutions<br>2230 Michigan Avenue<br>Santa Monica CA 90404-3906 | Richardsons Lawn Care<br>20238 Syracuse<br>Detroit MI 48234-2513 |
| Rick Thompson<br>Martin Pringle Oliver Wallace and Bauer<br>100 N Broadway Suite 500<br>Wichita KS 67202-2205 | Rigby Mowing Service<br>505 9th Ave W<br>Spencer IA 51301-3122 | Rivera Landscaping<br>9701 Brown Ln<br>Austin TX 78754-4017 |
| Rivers Lawn Care<br>PO Box 223<br>Hornersville MO 63855-0223 | Robert B Davis<br>Scenic Landscaping & Maintenance<br>8416 Little Scenic Ln<br>Tallahassee FL 32309-4098 | Robins Landscaping and Pool Svcs<br>207 8th Avenue<br>South Sioux City NE 68776-1561 |
| Rock City Landscaping<br>130 Karen Cove<br>Jacksonville AR 72076-4514 | Ron Poarch and Son Lawn Care<br>5726 Pleasant Shade Drive<br>Emporia VA 23847-7754 | Roth Heating and Air<br>4141 Maple<br>PO Box 3727<br>Wichita KS 67201-3727 |
| Roys Mowing<br>1800 Blue Jay<br>Webb City MO 64870-2099 | Rural Missouri Incorporated<br>3324 Emerald Lane<br>Jefferson City MO 65109-6877 | Russellville Lawn and Landscape Inc<br>2909 S Arkansas Ave<br>Russellville AR 72802-7373 |

| | | |
|---|---|---|
| Rusty Eck Ford<br>PO Box 783250<br>Wichita KS 67278-3250 | S and D Landscaping<br>2451 Robinson Road<br>Grand Prairie TX 75051-3988 | Sammarro and Zalarick PA<br>PO Box 769<br>Garfield NJ 07026-0769 |
| Sams Club<br>PO Box 530981<br>Atlanta GA 30353-0981 | Sartin Services Lawncare and Nursery<br>3703 South Culberhouse Road<br>Jonesboro AR 72404-8817 | Sauber Service Inc<br>1500 Cherokee Trail<br>Jackson MI 49201-8440 |
| Saunders Landscape and Design<br>PO Box 3268<br>Muskogee OK 74402-3268 | Scenic Landscaping and Maintenance<br>3653 Cagney Drive Suite 205<br>Tallahassee FL 32309-3353 | Scenicview Landscaping Inc<br>PO Box 268<br>Milford KS 66514-0268 |
| Schumacher Well Drilling Inc<br>2201 Slagle Dr<br>Algona IA 50511-7196 | Scotts Pro Lawn and Landscape Inc<br>410 Urban Dr<br>Hutchinson KS 67501-1535 | Sedgwick County Treasurer<br>525 N Main<br>Wichita KS 67203-3734 |
| Seif Lawn Care and Snowplowing Inc<br>920 Barnum SW<br>Wyoming MI 49509-5107 | Shane Simmons<br>712 Hila<br>Derby KS 67037-2338 | Sharums Garden Center<br>PO Box 6531<br>Fort Smith AR 72906-6531 |
| Skeens Lawn Service<br>123 Warehouse Street<br>Weber City VA 24290-6334 | Smith Brothers Lawn Maintenance Inc<br>13245 Atlantic Blvd Suite 345<br>Jacksonville FL 32225-7121 | Snowbiz Inc of America<br>2500 W 36th St<br>Chicago IL 60632-1050 |
| Son Light Landscape<br>1312 N Main St<br>Nevada MO 64772-1130 | South Carolina Dept of Employment<br>PO Box 995<br>Columbia SC 29202-0995 | South Carolina Dept of Revenue<br>PO Box 125<br>Columbia SC 29202-0125 |
| Specialists in Laboratory Medicine<br>929 N Saint Francis St<br>Wichita KS 67214-3821 | St Clair Lawn Care Inc<br>PO Box 231<br>Saint Clair MI 48079-0231 | Stack Landscape<br>PO Box 3034<br>Tallahassee FL 32315-3034 |
| Stan the Yardman<br>1806 Greenway<br>Gilmer TX 75644-3024 | (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | State of Michigan, Department of Treasury<br>Revenue & Collections<br>PO Box 30754<br>Lansing, MI 48909-8254 |
| State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>PO Box 30754<br>Lansing, Michigan 48909-8254 | State of New Jersey<br>Division of Taxation<br>Revenue Processing Center<br>PO Box 666<br>Trenton NJ 08646-0666 | Steven Gilfillan<br>1504 W 5th<br>Coffeyville KS 67337-3315 |

| | | |
|---|---|---|
| Steves Lawn Care<br>69 Old Saint Johns Lane<br>Drums PA 18222-1664 | Steves Quality Lawn Care and Landscaping<br>56 Richland Road<br>Fredericksburg VA 22406-4210 | Stone Sand Co Inc<br>PO Box 872<br>421 Washington<br>Great Bend KS 67530-0872 |
| Stouts Landscape and Lawn Svcs LLC<br>9254 Iowa St<br>Livonia MI 48150-3835 | Strawser Bros Construction Inc<br>PO Box 533<br>Kendallville IN 46755-0533 | Summer Snow LLC<br>2024 College View Rd<br>Manhattan KS 66502-3510 |
| Superior Lawn Care & Snow Removal, LLC<br>c/o Kurt A. Holmes, P.A.<br>445 N. Waco<br>Wichita KS 67202-1160 | Superior Lawn Care LLC<br>2858 South Main Street<br>Ann Arbor MI 48103-5843 | Superior Lawn and Sealcoat<br>139 Bobbis Terrace<br>New Egypt NJ 08533-2746 |
| Superior Service Company Inc<br>840 E Murdock<br>Wichita KS 67214-3836 | Sure Tree Landscaping Inc<br>583 CR 4015<br>Mount Pleasant TX 75455-8040 | Sycamore Village HOA<br>PO Box 8764<br>Wichita KS 67208-0764 |
| T & N, Inc.<br>P.O. Box 240<br>Foristell, MO 63348-0240 | T and J Landscaping and Snow Removal<br>35426 Cordelia<br>Clinton Township MI 48035-2817 | T and T Landscaping<br>529 Martin Rd<br>Danville VA 24541-6099 |
| TJs Maintenance Inc<br>2409 W Saratoga<br>Ozark MO 65721-8479 | TK Fast Inc<br>437 S Hydraulic<br>Wichita KS 67211-1911 | TSP Lawns and Landscapes Inc<br>PO Box 992<br>Yorktown VA 23692-0992 |
| Tender Lawn Care<br>107 South 7th St<br>Cherokee IA 51012-1647 | Terminix International<br>PO Box 616<br>2205 Marshall Ave<br>Mattoon IL 61938-5107 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>Unemployment Tax Office<br>PO Box 149037<br>Austin TX 78714-9037 | The Liq<br>2330 E 21st N<br>Wichita, KS 67214-2039 | The Tap of Kansas<br>620 S Washington<br>Wichita KS 67211-2425 |
| The Tire Store Inc<br>1458 S Broadway<br>Wichita KS 67211-3185 | The Tire Store Inc<br>c/o Don W Riley Attorney at Law<br>PO Box 126<br>Wichita KS 67201-0126 | Thee Lawn Service<br>73 McGahee Rd<br>Sulphur Springs TX 75482-6617 |
| Thomas Murphy<br>Hopkins and Huebner PC<br>2700 Grand Avenue Suite 111<br>Des Moines IA 50312-5213 | Tim A Bowersox<br>7487 River Country Drive<br>Weeki Wachee FL 34607-2048 | Tims Lawn Care<br>23 Garrettsen Drive<br>Belleville IL 62223-3942 |

| | | |
|---|---|---|
| Tirzo Garcia Ortega<br>1123 N Main<br>Wichita KS 67203-3612 | Todd Butler<br>Butler and Associates PA<br>3706 S Topeka Blvd Suite 300<br>Topeka KS 66609-1239 | Torres Lawn Service<br>PO Box 187<br>Dumas TX 79029-0187 |
| Tree Top Nursery<br>5910 East 37th North<br>Wichita KS 67220-1998 | Tuff Turf Landscaping and Ground Maint<br>2709 Lake Shore Drive<br>Edinburg TX 78539-7713 | Turf Pro Landscape Design<br>PO Box 1529<br>Canton TX 75103-8856 |
| Turfs Up Lawn Care Inc<br>220 S 11st Street<br>West Des Moines IA 50265-4453 | US Attorney Wichita<br>1200 Epic Center<br>301 N Main<br>Wichita KS 67202-4802 | |
| US Chamber of Commerce<br>Member Processing Center<br>PO Box 0976<br>Wilton NH 03086-0976 | United Rentals Inc<br>Attn Rhonda Sims<br>6125 Lakeview Road #300<br>Charlotte NC 28269-2616 | Unrein Earth Design<br>300 West 40th Street<br>Hays KS 67601-1519 |
| Uriel Garcia Gallegos<br>1852 N Porter<br>Wichita KS 67203-2925 | VMC Concrete<br>2915 N Emporia St<br>Wichita KS 67219-4226 | Via Christi Clinic PA<br>PO Box 2969<br>Wichita KS 67201-2969 |
| Via Christi Hospitals Wichita Inc<br>PO Box 47887<br>Wichita KS 67201-7887 | Via Christi Occupational Medicine<br>501 N Maize Rd<br>Wichita KS 67212-4655 | Village Inn<br>3535 S. Meridian Ave.<br>Wichita, KS 67217-2153 |
| Virginia Employment Commission<br>PO Box 1358<br>Richmond VA 23218-1358 | Virginia Withholding Tax<br>Virginia Dept of Taxation<br>Office of Customer Services<br>PO Box 1115<br>Richmond VA 23218-1115 | W JoAnn Boddie<br>8011 Blue Stream Lane<br>Indian Trail NC 28079-5762 |
| WIBA KIBC<br>445 N Waco<br>Wichita KS 67202-1160 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wendy R Dyer<br>1457 S Goebel Cir<br>Wichita KS 67207-4005 |
| Wenskes Landscaping and Fencing<br>1949 St Hwy 159<br>La Grange TX 78945 | West Plains Landscaping<br>3103 Haddock St<br>West Plains MO 65775-5383 | Westar Energy<br>PO Box 889<br>Topeka KS 66601-0889 |
| Wichita Alarm Program<br>PO Box 1162<br>Wichita KS 67201-1162 | Wichita Area Builders Association<br>730 N Main<br>Wichita KS 67203-3603 | Wichita Business Journal<br>121 N Mead Suite 100<br>Wichita KS 67202-3781 |

| | | |
|---|---|---|
| Wichita Metro Chamber of Commerce<br>350 West Douglas<br>Wichita KS 67202-2970 | Wichita Pump and Supply Co Inc<br>1010 East 14th Street<br>Wichita KS 67214-1496 | William A McMurry II<br>11015 E 63rd S<br>Derby KS 67037-9343 |
| Windstream Communications<br>Corporate Office Headquarters<br>4001 Rodney Parham Rd<br>Little Rock AR 72212-2490 | Wolf and Sons Four Seasons<br>846 SE 38th St<br>Owatonna MN 55060-5171 | Wolfes Landscape and Irrigation Inc<br>2310 SE Lakewood Blvd<br>Topeka KS 66605-1184 |
| ZO Landscaping and Supply Inc<br>17 - 21 Newark Way<br>Maplewood NJ 07040-3309 | Laura Ackerman<br>11015 E. 63rd Street South<br>Derby, KS 67037-9343 | |
| Peter Salmeron<br>2401 W. Timbercreek Cir<br>Wichita, KS 67204-2564 | Rick E. Hodge Jr.<br>700 N. Market<br>Wichita, KS 67214-3529 | |